ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):

Aaron Washington - F-40176
1600 California Drive
Vacaville CA 95696   E-filing

TELEPHONE NO:                    FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

ATTORNEY FOR (Name):

NAME OF COURT: United States District Court
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco CA. 94102
BRANCH NAME: Northern District Court

PLAINTIFF: Aaron Washington - F-40176

DEFENDANT: V.C.G.C.B.

☐ DOES 1 TO _____

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ **AMENDED** (Number):

**Type** (check all that apply):
☐ **MOTOR VEHICLE**  ☑ **OTHER** (specify): Discrimination
   ☐ **Property Damage**  ☐ **Wrongful Death**
   ☐ **Personal Injury**  ☑ **Other Damages** (specify): Hate CVmc 08

**Jurisdiction** (check all that apply):
☑ **ACTION IS A LIMITED CIVIL CASE**
   **Amount demanded**  ☐ **does not exceed $10,000**
                         ☐ **exceeds $10,000, but does not exceed $25,000**
☑ **ACTION IS AN UNLIMITED CIVIL CASE** (exceeds $25,000)
☐ **ACTION IS RECLASSIFIED by this amended complaint**
   ☐ **from limited to unlimited**
   ☑ **from unlimited to limited**

CASE NUMBER:

2315
MMC
(PR)

1. PLAINTIFF (name): Aaron Washington

alleges causes of action against DEFENDANT (name): V.C.G.C.B.

2. This pleading, including attachments and exhibits, consists of the following number of pages: 30

3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name): Aaron Washington
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☒ a public entity (describe): Department of Correction V.C.G.C.B.
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☒ other (specify): Soledad Facility . V.C.G.C.B

   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Complaint—Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
982.1(1) [Rev. July 1, 2002]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

THOMSON
* 
WEST

Code of Civil Procedure, § 425.12

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

4. [X] Plaintiff *(name):* Aaron Washington - F-4017L
is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. [ ] except defendant *(name):* V.C.G.C.B.
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity *(describe):*

      (4) [X] a public entity *(describe):* C.D.C.

      (5) [ ] other *(specify):* V.C.G.C.B.

   b. [ ] except defendant *(name):* V.C.G.C.B
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity *(describe):*

      (4) [X] a public entity *(describe):* CDC.

      (5) [X] other *(specify):* Donna Corbin
      B.23.CDC.

   c. [ ] except defendant *(name):* V.C.G.C.B.
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity *(describe):*

      (4) [X] a public entity *(describe):* C.DC.

      (5) [X] other *(specify):* Laur Alarcon
      program manager

   d. [ ] except defendant *(name):* V.C.G.C.B
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity *(describe):*

      (4) [X] a public entity *(describe):* C.DC.

      (5) [ ] other *(specify):* Soledad Facility

   [ ] Information about additional defendants who are not natural persons is contained in Complaint—Attachment 5.

6. The true names and capacities of defendants sued as Does are unknown to plaintiff. V.C.G.C.B.

7. [ ] Defendants who are joined pursuant to Code of Civil Procedure section 382 are *(names):* Laura Alarcon
   Donna Corbin

8. This court is the proper court because
   a. [ ] at least one defendant now resides in its jurisdictional area.
   b. [X] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. [ ] injury to person or damage to personal property occurred in its jurisdictional area.
   d. [ ] other *(specify):* This Hate Crime an discrimination took place
   In the Norther regin of this jurisdictional area
   C.T.F. Facility.

9. [ ] Plaintiff is required to comply with a claims statute, **and**
   a. [X] plaintiff has complied with applicable claims statutes, **or** established by the law of
   b. [ ] plaintiff is excused from complying because *(specify):* standard California codes.

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☒ Intentional Tort
   d. ☒ Products Liability
   e. ☒ Premises Liability
   f. ☒ Other *(specify):* commission of Hate crime penalcode. 422.78
      civil rights Volition penal-code 422.85, 422.93, 422.55
      ath discrimination due to living with AIDS.

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☐ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☐ loss of earning capacity
   g. ☒ other damage *(specify):* emotional, mental stress, psychologis depreshion
      Denail of apprent dental service, left with an infaction thooth
      an root clanial. I was told that C.I.F. policy don't treat in mate
      with AIOS.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Complaint—Attachment 12.
   b. ☒ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.
   Court of the Northern District Federal Court

14. PLAINTIFF PRAYS for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☐ compensatory damages
      (2) ☐ punitive damages
   b. The amount of damages is *(you must check (1) in cases for personal injury or wrongful death):*
      (1) ☐ according to proof
      (2) ☒ in the amount of: $ 200,000.00  twohunder thousard.

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

   I am asking this court to acknowlege all the
   legal document I have shbmitted to the curt

   Thank You

   Date: 4/28-08

   Aaron Washington
   (TYPE OR PRINT NAME)

   ▶ Claro Wox
   (SIGNATURE OF PLAINTIFF OR ATTORNEY)

982.1(3)

| SHORT TITLE: | CASE NUMBER: |
|---|---|

_____  **CAUSE OF ACTION—General Negligence**          Page _____
(number)

ATTACHMENT TO  ☐ Complaint  ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:

   alleges that defendant *(name)*:

      ☐ Does _____ to _____

   was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
   negligently caused the damage to plaintiff
   on *(date)*:
   at *(place)*:

   *(description of reasons for liability)*:

| SHORT TITLE: | CASE NUMBER: |
| --- | --- |

_____    **CAUSE OF ACTION—Intentional Tort**    Page _____
(number)

ATTACHMENT TO ☐ Complaint ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1 . Plaintiff *(name)*:

alleges that defendant *(name)*:

☐ Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
intentionally caused the damage to plaintiff
on *(date)*:
at *(place)*:

*(description of reasons for liability)*:

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(4)
Optional Form

**CAUSE OF ACTION—Intentional Tort**

**THOMSON**
**WEST**    CCP 425.12

**982.1(13)**

| SHORT TITLE: | CASE NUMBER: |
|---|---|

### Exemplary Damages Attachment

Page _____

ATTACHMENT TO ☐ Complaint ☐ Cross-Complaint

EX-1.  As additional damages against defendant *(name)*:

Plaintiff alleges defendant was guilty of
☐ malice
☐ fraud
☐ oppression
as defined in Civil Code section 3294, and plaintiff should recover, in addition to actual damages, damages
to make an example of and to punish defendant.

EX-2.  The facts supporting plaintiff's claim are as follows:

EX-3.  The amount of exemplary damages sought is
a.  ☐ not shown, pursuant to Code of Civil Procedure section 425.10.
b.  ☐ $

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(13)

**Exemplary Damages Attachment**

**THOMSON**
**WEST**

CCP 425.12

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| | |
| TELEPHONE NO:                    FAX NO. *(Optional)*: | |
| E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: | |
| NAME OF COURT: | |
| STREET ADDRESS: | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | |
| BRANCH NAME: | |
| SHORT TITLE: | |

| | |
|---|---|
| CROSS-COMPLAINANT: | |
| | |
| CROSS-DEFENDANT: | |
| | |
| ☐ DOES 1 TO _____ | |

| **CROSS-COMPLAINT—Personal Injury, Property Damage, Wrongful Death** ☐ **AMENDED** *(Number):* **Causes of Action** *(check all that apply)*: ☐ **Apportionment of Fault**   ☐ **Declaratory Relief** ☐ **Indemnification**   ☐ **Other** *(specify)*: | |
|---|---|
| **Jurisdiction** *(check all that apply)*: ☐ **ACTION IS A LIMITED CIVIL CASE ($25,000 or less)** ☐ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)** ☐ **It** ☐ **is** ☐ **is not  reclassified as unlimited by this cross-complaint** | CASE NUMBER: |

1. CROSS-COMPLAINANT *(name)*:

   alleges causes of action against CROSS-DEFENDANT *(name)*:

2. This pleading, including exhibits and attachments, consists of the following number of pages: _____

3. Each cross-complainant named above is a competent adult
   a. ☐ **except** cross-complainant *(name)*:
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:

   ☐ Information about additional cross-complainants who are not competent adults is contained in
   Cross-Complaint—Attachment 3.

(Continued on reverse)

Form Approved for Optional Use
Judicial Council of California
982.1(14) [Rev. January 1, 2001]

**CROSS-COMPLAINT—Personal Injury,
Property Damage, Wrongful Death**

THOMSON
WEST

Code of Civil Procedure, § 425.12

| SHORT TITLE: | CASE NUMBER: |
|---|---|
|  |  |

9. ☐ _____ _____ **Cause of Action—Declaratory Relief**
          (NUMBER)

An actual controversy exists between the parties concerning their respective rights and duties because cross-complainant contends and cross-defendant disputes ☐ as specified in Cross-Complaint—Attachment 9
☐ as follows:

10. ☐ _____ _____ **Cause of Action—(specify):**
           (NUMBER)

11. ☐ The following additional causes of action are attached and the statements below apply to each *(in each of the attachments, "plaintiff" means "cross-complainant" and "defendant" means "cross-defendant")*:

    a. ☐  Motor Vehicle
    b. ☐  General Negligence
    c. ☐  Intentional Tort
    d. ☐  Products Liability
    e. ☐  Premises Liability
    f. ☐  Other *(specify)*:

12. **CROSS-COMPLAINANT PRAYS** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. ☐  total and complete indemnity for any judgments rendered against me.
    b. ☐  judgment in a proportionate share from each cross-defendant.
    c. ☐  a judicial determination that cross-defendants were the legal cause of any injuries and damages sustained by plaintiff and that cross-defendants indemnify me, either completely or partially, for any sums of money which may be recovered against me by plaintiff.
    d. ☐  compensatory damages
        (1) ☐  (unlimited civil cases) according to proof.
        (2) ☐  (limited civil cases) in the amount of: $
    e. ☐  other *(specify)*:

13. ☐ The paragraphs of this cross-complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date:

▶

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF CROSS-COMPLAINANT OR ATTORNEY)

**CROSS-COMPLAINT—Personal Injury,
Property Damage, Wrongful Death**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS): | TELEPHONE: | FOR COURT USE ONLY |
|---|---|---|
| | | |

ATTORNEY FOR (NAME):

Insert name of court, judicial district or branch court, if any, and post office and street address:

PLAINTIFF:

DEFENDANT:

| **ANSWER—Personal Injury, Property Damage, Wrongful Death** | CASE NUMBER: |
|---|---|
| ☐ **COMPLAINT OF** *(name):* <br> ☐ **CROSS-COMPLAINT OF** *(name):* | |

1. This pleading, including attachments and exhibits, consists of the following number of pages: _____

**DEFENDANT OR CROSS-DEFENDANT** *(name):*

2. ☐ Generally **denies** each allegation of the **unverified** complaint or cross-complaint.

3. a. ☐ DENIES each allegation of the following numbered paragraphs:

   b. ☐ ADMITS each allegation of the following numbered paragraphs:

   c. ☐ DENIES, ON INFORMATION AND BELIEF, each allegation of the following numbered paragraphs:

   d. ☐ DENIES, BECAUSE OF LACK OF SUFFICIENT INFORMATION OR BELIEF TO ANSWER, each allegation of the following numbered paragraphs:

   e. ☐ ADMITS the following allegations and generally denies all other allegations:

**(Continued)**

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(15)
Optional Form

**ANSWER—Personal Injury, Property Damage, Wrongful Death**

THOMSON
——✱——
WEST          CCP 425.12



C A L I F O R N I A
Victim Compensation & Government Claims Board

STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95811
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95812
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson
JOHN CHIANG
State Controller
Board Member
MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member
KAREN McGAGIN
Executive Officer

Aaron Washington F40176
PO Box 2000
Vacaville,CA 95696

March 20, 2008

RE: Claim G573013 for Aaron Washington, F40176

Dear Aaron Washington,

You were previously notified that your claim was scheduled to be acted upon by the Board
at the meeting on April 17, 2008 at 10:00 a.m. Please be advised that the Board meeting has
been rescheduled to April 22, 2008 at 2:00 p.m., in Sacramento.

You will receive written notification of the Board's decision within approximately two weeks
following the meeting.

If you have questions about this matter, please mention letter reference 6 and claim number G573013 when
you call or write your claim technician or analyst at (800) 955-0045.

Sincerely,

Government Claims Program
Victim Compensation and Government Claims Board

cc: B-23 Corrections and Rehabilitation, Attn: Donna Corbin

Ltr 6 Hearing Dt Chg


Victim Compensation & Government Claims Board

STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95811
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95812
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson
JOHN CHIANG
State Controller
Board Member
MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member
KAREN McGAGIN
Executive Officer

Aaron Washington F40176
PO Box 2000
Vacaville, CA 95696

March 03, 2008

RE: Claim G573013 for Aaron Washington, F40176

Dear Aaron Washington,

The Victim Compensation and Government Claims Board (VCGCB) received your claim on January 31, 2008.

Your claim is being accepted only to the extent it asserts allegations that arise from facts or events that occurred during the six months prior to the date it was presented.

Based on its review of your claim, Board staff believes that the court system is the appropriate means for resolution of these claims, because the issues presented are complex and outside the scope of analysis and interpretation typically undertaken by the Board. The claim has been placed on the consent agenda. The VCGCB will act on your claim at the April 17, 2008 hearing. You do not need to appear at this hearing. The VCGCB's rejection of your claim will allow you to initiate litigation should you wish to pursue this matter further.

If you have questions about this matter, please mention letter reference 99 and claim number G573013 when you call or write your claim technician/analyst at (800) 955-0045.

Sincerely,

Government Claims Program
Victim Compensation and Government Claims Board

cc: B-23 Corrections and Rehabilitation, Attn: Donna Corbin

Ltr 99 Complex Issue Reject

**Government Claims Form**
**California Victim Compensation and Government Claims Board**
**P.O. Box 3035**
**Sacramento, CA 95812-3035**

**1-800-955-0045 • www.governmentclaims.ca.gov**

State of California
Victim Compensation and Govt Claims Board

**JAN 3 1 2008**

Government Claims Div.
**For Office Use Only**
**Claim No.:**

## Is your claim complete?

- [ ] **New!** Include a check or money order for $25 payable to the State of California.
- [ ] Complete all sections relating to this claim and sign the form. Please print or type all information.
- [ ] Attach receipts, bills, estimates or other documents that back up your claim.
- [ ] Include two copies of this form and all the attached documents with the original.

## Claimant Information

**①** Last name: Washington   First Name: Aaron · F · 40176   **②** Tel:

**③** Email:

**④** Mailing Address: P.O. Box 2000 - W - 124   City: Vacaville   State: CA   Zip: 95696

**⑤** Best time and way to reach you:

**⑥** Is the claimant under 18?  [ ] Yes  [✓] No   If YES, give date of birth:  MM  DD  YYYY

## Attorney or Representative Information

**⑦** Last name:   First Name:   MI:   **⑧** Tel:

**⑨** Email:

**⑩** Mailing Address:   City:   State:   Zip:

**⑪** Relationship to claimant:

## Claim Information

**⑫** Is your claim for a stale-dated warrant (uncashed check) or unredeemed bond?  [ ] Yes  [✕] No

State agency that issued the warrant:   If NO, continue to Step **⑬**

Dollar amount of warrant:   Date of issue:  MM  DD  YYYY

Proceed to Step **㉒**

**⑬** Date of Incident: 12-06 till 2-2-07

Was the incident more than six months ago?  [✓] Yes  [ ] No
If YES, did you attach a separate sheet with an explanation for the late filing?  [✓] Yes  [ ] No

**⑭** State agencies or employees against whom this claim is filed:

Correction Traninng Facility Center

**⑮** Dollar amount of claim: $100,000.00   one hunder thous,

If the amount is more than $10,000, indicate the type of civil case:  [ ] Limited civil case ($25,000 or less)  [✓] Non-limited civil case (over $25,000)

Explain how you calculated the amount:

Discriminate aganest due to haveing AIDS.

CTF told me, I was a danger to the C/o officer an the
G.P. at this instiation, Because I told them I had
AIDS an need it my medication. So they denial me
the same privileas an housing like other inmate ant

I had a very bad thooth infaction an need it pull along with rootcalnail work done, They told me to wait untill I got tranfer, They don't house an treat HIV inmate hear.

**16** Location of the incident:

X wing - Segregation Unit at CTF. Soledad

**17** Describe the specific damage or injury:

pain suffer, e mo ti onal, mental, stress, p sychologis stress, Physical pain dental Treatment, in appropriat medical service, by some of the medical staff at CTF,

**18** Explain the circumstances that led to the damage or injury:

Lancaster Facility indore me to the wrong Institution

**19** Explain why you believe the state is responsible for the damage or injury:

CDC - Knew I had AIDS becouse of my CDC file an old CDC-number - K-01719

**20** Does the claim involve a state vehicle?  ☑ Yes  ☐ No

If YES, provide the vehicle license number, if known:   State Bus, transport me.

## Auto Insurance Information

**21**

Name of Insurance Carrier

| Mailing Address | | City | | State | Zip |
|---|---|---|---|---|---|

| | |
|---|---|
| Policy Number: | Tel: |
| Are you the registered owner of the vehicle? | ☐ Yes  ☒ No |
| If NO, state name of owner: | |
| Has a claim been filed with your insurance carrier, or will it be filed? | ☐ Yes  ☒ No |
| Have you received any payment for this damage or injury? | ☐ Yes  ☒ No |
| If yes, what amount did you receive? | |
| Amount of deductible, if any: | |
| Claimant's Drivers License Number: | Vehicle License Number: |
| Make of Vehicle: | Model: | Year: |
| Vehicle ID Number: | |

## Notice and Signature

**22** I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72).

Aaron Washington . F-40176                1-27-08

Signature of Claimant or Representative                  Date

**23** Mail the original and two copies of this form and all attachments with the $25 filing fee or the "Filing Fee Waiver Request" to: Government Claims Program, P.O. Box 3035, Sacramento, CA, 95812-3035. Forms can also be delivered to the Victim Compensation and Government Claims Board, 630 K Street, Sacramento.

## For State Agency Use Only

**24**

| | |
|---|---|
| Name of State Agency | Fund or Budget Act Appropriation No. |

| | |
|---|---|
| Name of Agency Budget Officer or Representative | Title |

| | |
|---|---|
| Signature | Date |

VCGCB-GC-002 (Rev. 8/04)



Victim Compensation and Govt Claims Board

FEB 2 0 2008

Government Claims Div

**U.S. Department of Justice**
Civil Rights Division
*Disability Rights Section*

573013

Form DOJ - ADA-II OMB Approval No. 1190-000/ (exp. 6-31-95)

# Title II of the Americans with Disabilities Act
# Section 504 of the Rehabilitation Act of 1973
# Discrimination Complaint Form

Instructions: Please fill out this form completely, in black ink or type. Sign and return to the address on page 3.

Complainant: Aaron Washington - F-40176

Address: 1600 California Drive

City, State and Zip Code: Vacaville CA 95696

Telephone: Home:

    Business: 707-448-6841

Person Discriminated Against:
(if other than the complainant) Aaron Washington - F-40176

Address: P.O. Box 2000

City, State, and Zip Code: Vacaville CA 95696

Telephone: Home:

    Business: 707-448-6841

Government, or organization, or institution which you believe has discriminated:

Name: CTF, Centarl Facility Soledad

Address: P.O. Box 689

County: Monterey, CA

City: Soledad

State and Zip Code: CA, 93940

Telephone Number: 831-678-3951

When did the discrimination occur? Date: 12-06 - 2-22-07.

Describe the acts of discrimination providing the name(s) where possible fo the individuals who discriminated (use space on page 3 if necessary): Captain, Arfa Segt. Bojor Quez, Segt. Green, Segt. Torquez to CCI - P. Taparco CCII Dennis, CCII J. Aboytes

Have efforts been made to resolve this complaint through the internal grievance procedure of the government, organization, or institution?

Yes  ✓    No

If yes: what is the status of the grievance?
I was trafek on 2-22-07 to CMF facility

Has the complaint been filed with another bureau of the Department of Justice or any other Federal, State, or local civil rights agency or court?

Yes  ✓    No

If yes: california Prison Health Care
Agency or Court: Receiveship Corp,

Contact Person: Kristina Hector

Address: 1731 - Technology Drive Suite 700

City, State, and Zip Code: San Joes, CA, 95110

Telephone Number: 408-436-6900 - Fax 408-453-3025

Date Filed: 4-07    that will be in April -07

Do you intend to file with another agency or court?

Yes ✓   No _____

Agency or Court: Office of the City Attorney Rockard J. Delgadillo.

Address: 200 North Main Street

City, State and Zip Code: Los Angeles CA. 90012-4131.

Telephone Number: 213-485-5408

Additional space for answers: List of Soledad Officer Facility Segregation Housing Unit, % from -12-06- till -2-22-07 % Tooes, % Youngblood, % Trovors, % Scoutt % Kein % Miller % Meuez % Avila % Castor % Solseds, % Mendoza % Baker % Davis, % Astron an Ms. Liced who was the CTF. Psychologists, who denail me of Mental Health Service

Signature: _____

Date: 2007 # file.

Return to:

**U.S. Department of Justice**
Civil Rights Division
Disability Rights Section
P.O. Box 66738
Washington, D.C. 20035-6738

**U.S. Department of Justice**

Civil Rights Division

168-11E-0/281862

*Special Litigation Section - PHB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

RECEIVED
Victim Compensation and Govt Claims Board

FEB 2 0 2008

January 10, 2008

Government Claims Div.

Aaron Washington
#F-40176
California Medical Facility
P.O. Box 2000
Vacaville, CA  95696

Dear Mr. Washington:

Thank you for your correspondence. Under the Civil Rights of
Institutionalized Persons Act, 42 U.S.C. § 1997, the Special
Litigation Section of the United States Department of Justice has
authority to investigate complaints concerning conditions in state
or locally-operated institutions. These institutions include, but
are not limited to prisons, jails, mental retardation/developmental
disability facilities, juvenile facilities, mental health, and
publicly-operated nursing homes. When a systemic "pattern or
practice" of the deprivation of constitutional or statutory rights
is determined to exist, we have the authority to initiate civil
action in the name of the United States against state or local
officials to remedy such conditions.

The Section's authority does not extend to investigating the
personal grievances of a single individual. Moreover, the Section
is not authorized to represent individual citizens in legal matters
or to give them legal advice. Therefore, we are unable to provide
you with legal opinions or assistance with personal lawsuits or
legal matters. However, if you wish to pursue this matter further,
you might consider contacting a private attorney or a legal
services lawyer. This individual may assist you in determining
what, if any, remedies may be available to you.

We will consider your letter carefully along with other
information we may receive to determine whether a pattern or
practice investigation is warranted. If you have additional
details that you believe may be relevant to our review, we would
appreciate it if you would forward that information to us.

RECEIVED
Victim Compensation and Govt Claims B

FEB 2 0 2008

Government Claims Div.

    We hope this information is useful.  For additional
information, you may want to review our website:

       http://www.usdoj.gov/crt/split/index.html

                Sincerely,

                Katelyn Claffey
            Special Litigation Section
               Civil Rights Division

*Matthew L. Cate, Inspector General*                                    *Office of the Inspector General*

January 18, 2008

Aaron Washington, F-40176
California Medical Facility
P.O. Box 2000
Vacaville, CA 95696

Dear Mr. Washington:

Thank you for contacting the Office of the Inspector General. We take all complaints very seriously, and we will evaluate your concerns to decide if our involvement is warranted and necessary. Because of the high volume and complexity of the complaints we receive, however, it is not possible for our office to fully research, intervene, and respond to each complaint. Therefore, we will only contact you should we need more information.

The Office of the Inspector General oversees California's youth and adult correctional agencies at the state level only. We have no oversight responsibility for city, county, or federal facilities or agencies, so if your complaint is against one of those agencies, please contact that agency directly.

You may send future complaints to our office. However, you should first seek resolution by completing the formal administrative process, such as the CDC-602 Inmate/Parolee Appeal process, as we generally do not intervene in matters where administrative remedies are available. With any future correspondence to our office, please include copies of the agency's formal response to your concerns and your reasons for disputing that response. Be as clear and concise as possible in outlining your concerns and what action you want this office to take. Because we cannot return originals, only send copies of your documents.

After completing the formal administrative process, you may get further assistance by contacting the Office of Internal Affairs or the Ombudsman's office at the following addresses:

Office of Internal Affairs
California Department of Corrections and Rehabilitation
P.O. Box 3009
Sacramento, CA 95812

Ken Hurdle, Lead Ombudsman
California Department of Corrections and Rehabilitation
P.O. Box 942883
Sacramento, CA 94283-0001

The Office of the Inspector General cannot act in the role of attorney, nor can we provide legal advice or assistance. If you need legal research, advice, or representation, we suggest you consult a private attorney to directly represent your interests. As an alternative, you can contact an advocacy or public-interest law group such as the Prison Law Office.

We hope this information has been helpful to you. We will consider the information you have provided when we conduct future audits, special reviews, and qualifications appraisals for California Department of Corrections and Rehabilitation top management. Thank you for bringing your concerns to our attention.

INTAKE AND REVIEW UNIT
Office of the Inspector General

*Arnold Schwarzenegger, Governor*





**OFFICE OF THE CITY ATTORNEY**
ROCKARD J. DELGADILLO
CITY ATTORNEY

March 5, 2007

Mr. Aaron Washington
F-40167
P.O. Box 689
Soledad, CA 93960

Dear Mr. Washington,

I am writing regarding your February 12, 2007, letter to our office seeking assistance. Unfortunately, we do not have jurisdiction to assist you. However, staff at the Center for Health Justice indicated that if you contacted them, they may be able to provide information to assist you, or to make a referral to someone who can. While the Center does not provide direct assistance, they are involved in HIV care and treatment issues in prison.

Enclosed please find material printed from the internet about the Center, along with a copy of your correspondence with our office, which you may wish to forward on to the Center. I have also enclosed a copy of your correspondence for your own files. The Center's address is Center for Health Justice, 8235 Santa Monica Blvd, Ste. 214, West Hollywood, CA. 90046.

Very truly yours,

David I. Schulman

David I. Schulman
Supervising Attorney
AIDS/HIV Discrimination Unit

Enclosure(s)

AN EQUAL EMPLOYMENT OPPORTUNITY – AFFIRMATIVE ACTION EMPLOYER
200 NORTH MAIN STREET • LOS ANGELES, CA 90012-4131• 213.485.5408 • 213.847.8082 TDD

Recyclable and made from recycled waste.

## CALIFORNIA
## PRISON HEALTH CARE
## RECEIVERSHIP CORP.

Robert Sillen
Receiver

April 30, 2007

Aaron Washington
Correctional Training Facility (CTF)
F40176, X-137-L
P.O. Box 686
Soledad, CA 93960-0686

Dear Mr. Washington:

Your letter to Judge Thelton Henderson has been referred to the California Prison Health Care Receivership. We appreciate your correspondence. Our office carefully reviews each communication we receive regarding inmate patient health care. All information provided to us is considered in implementing systemic reform.

Due to the high volume of letters we receive, we are unable to immediately respond to all individual cases. You may wish to contact counsel for the inmate class in *Plata v. Schwarzenegger*, the Prison Law Office. For your records, the address to the Prison Law Office is:

Prison Law Office
General Delivery
San Quentin, CA 94549

The Receiver is committed to creating a system where custody and health care staff together guarantee that access to care and quality of medical services in California prisons meet constitutional standards. An integral part of meeting that goal is hearing from the patients about the treatment they are receiving.

We will achieve improvements in the quality of medical care. However, it is a large and complex problem for which there are no quick fixes, but I assure you that the work has already begun. Thank you for your interest in the remedial process.

Sincerely,

Kristina Hector
Inmate Patient Relations Manager

2/4/07

Aaron,

Here's the address:

Robert Sillen
c/o Honorable Judge Felton Henderson
U.S. District Judge
U.S. District Court
Northern District of California
450 Golden Gate Ave., 16th Floor
San Francisco, CA    94102-3483

She gave me this
information to
report this
discrimination

God bless,
Chaplain Christine
Catholic Chaplain

1/28/07

Mr. Washington,

I received your request. I am the Catholic chaplain here. Would you like to speak with me, even though I am not a priest? I would be happy to talk with you!

God bless,
Chaplain Christine
Catholic Chaplain

chapelain Christine at CTF- 831-678 3951

She came to vist me an have mass with me.

Becouse soledad wouldn't let me go to mass due to haveing AIDS.

Under Captain order captuin Arfa CCI Martin, CCI Toporco.



**PRISON LAW OFFICE**
General Delivery, San Quentin, CA 94964-0001
Telephone (415) 457-9144 • Fax (415) 457-9151
www.prisonlaw.com

*Director:*
Donald Specter

*Staff Attorneys:*
Susan Christian
Steven Fama
Rachel Farbiarz
Brittany Glidden
Penny Godbold
Megan Hagler
Alison Hardy
Millard Murphy
Sara Norman
Judith Rosenberg
Zoe Schonfeld
E. Ivan Trujillo

4/12/2007

Aaron Washington, F-40176
CMF
PO Box 2500
Vacaville, CA 95696

Dear Mr. Washington,

As you know, we wrote to the Attorney General on 2/8/2007 under procedures set forth in the *Plata* Stipulation to request further information about your AIDS treatment. Please see the enclosed memo for further information that was provided to us.

As you can see, the CDC response said that while at CTF, you received antiretroviral therapy, and were awaiting transfer to a facility that regularly treats HIV-positive patients. The response states that you were seen on 12/13/06 with regard to neuropathy in your feet, and were prescribed neurontin. It also appears that you have since been transferred to CMF.

I also write in response to your letters which we received on 2/15/07. In the letters, you express your desire to file a lawsuit, and ask for a habeas corpus manual. You state that you were sent to the wrong prison, and that you have not received proper treatment for your dental, foot, and eye issues.

I am very sorry that you were incorrectly sent to CTF, though I am glad to hear that you have since been transferred to CMF. I certainly hope that your new location has allowed for better treatment of your condition. With regard to your eye and foot issues, we will need for you to exhaust your administrative remedies before we can determine whether or not we can advocate on your behalf. I have enclosed information on Perez v. Tilton, the class-action dental care lawsuit that our office monitors, and I have also enclosed the information you requested regarding the filing of lawsuits and writs of habeas corpus.

If you have specific information or documents showing that the information told to us by prison officials is not correct, please contact us. Unless there is such information, we cannot take further action regarding your particular medical care concern, and we may not be able to take further action in any event, depending on the nature of your medical concern. We advise you to continue using the "sick call" process to bring your concerns to the attention of medical staff. If your concern is not resolved by medical staff, you should file and pursue a 602 administrative appeal unless you have already received a Director's Level response to an appeal. You can send this office any newly exhausted medical appeal (602 with Director's Level response).

Sincerely,

Sam Weiner
Litigation Assistant under Alison Hardy

Enclosures: CDC faxed Memo; PI; HCM: DEN Perez 1

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Honorable John Burton • Felecia Gaston • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts



PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964-0001
Telephone (415) 457-9144 • Fax (415) 457-9151
www.prisonlaw.com

*Director:*
Donald Specter

*Staff Attorneys:*
Susan Christian
Steven Fama
Rachel Farbiarz
Brittany Glidden
Penny Godbold
Megan Hagler
Alison Hardy
Millard Murphy
Sara Norman
Judith Rosenberg
Zoe Schonfeld
E. Ivan Trujillo

## MEMORANDUM

To:        Jon Wolff, Supervising Deputy Attorney General
From:      Alison Hardy/SJ
Date:      2/8/2007
Re:        *Plata* 4 – Individual Inmate Possible Urgent Medical Concern – Request for
           Review

---

Aaron Washington, F-40176          CTF          Region 3

Mr. Washington may have an urgent medical concern. He writes that he has AIDS
and that the CTF medical staff does not have the necessary expertise to treat him. He says
that he has been told that CTF does not treat inmates with AIDS and he has been placed in
Ad Seg. He believes he requires HIV medications, and his T-cell count in December 2006
was 174.

Please respond to the following:

1. What Is Mr. Washington treatment plan concerning his AIDS condition? Is he
receiving this treatment? Please explain.

2. Does Mr. Washington require a transfer in order to receive necessary medical
treatment? Please explain.

Board of Directors
Penelope Cooper, President • Michele Walkin Hawk, Vice President • Marshall Krause, Treasurer
Honorable John Burton • Felecia Gaston • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

State of California  Department of Corrections and Rehabilitation

# Memorandum

Date    :    February 20, 2007

To      :    Jonathan L. Wolff
             Supervising Deputy Attorney General
             State of California Department of Justice

Subject:    **PRISON LAW OFFICE REQUESTS FOR REVIEW OF *PLATA* INMATE CONCERNS
             RELATING TO INMATE AARON WASHINGTON, F-40176**

Pursuant to the Stipulation For Injunctive Relief agreed to in re *Plata v. Schwarzenegger*, the
Health Care Manager at the Correctional Treatment Facility (CTF) has provided the following
information in response to the questions asked by Alison Hardy of the Prison Law Office.

   1. What is Mr. Washington treatment plan concerning his AIDS condition? Is he receiving
      this treatment? Please explain.
      *Mr. Washington had been treated with HIV medications upon his transfer to CTF. His T
      cell CD-4 absolute count was indeed 174 on December 1, 2006, which was drawn when
      he was a patient at LAC. Mr. Washington has continued to receive his antiretroviral
      therapies, which were prescribed at his last institution, and have continued to date.
      He is also housed in X Wing in a single-cell status, awaiting transfer to an institution
      that regularly treats HIV-positive patients. Mr. Washington was last examined in the
      clinic on December 13, 2006, for neuropathy symptoms referable to his feet, and was
      given Neurontin.*

   2. Does Mr. Washington require a transfer in order to receive necessary medical treatment?
      Please explain.
      *Yes. Please refer to 1. above.*

Thank you for your assistance in this matter. Please contact me at (916) 327-1205, if you have
any questions.


THERESA KIMURA-YIP
Staff Services Manager I
Clinical Programs Risk Management Unit
Division of Correctional Health Care Services

cc:  Jessica Devencenzi, Staff Counsel, Division of Legal Affairs (By Electronic Mail)
     Alison Hardy, Prison Law Office (By Electronic Mail)
     Joseph Chudy, M.D., Health Care Manager (A), CTF
BK   Medical Appeals Analyst, CTF

CDC-128-C –

**LONG TERM INFECTIOUS DISEASE**
NAME AND NUMBER    WASHINGTON F-40176    HOUSE X-137L    CTF-C

Inmate WASHINGTON F-40176, was mistakenly transferred to CTF. He has a long-term infectious disease and will be housed in the O.H.U. or x-wing until transfer to an appropriate facility. He is in group IV. (4).

Duration: from 01/18/07 forward

for

J. Chudy

JOSEPH CHUDY, M.D.
Chief Medical Officer (A)
CTF-Soledad

ORIG: C-File
COPY: Unit CC1
C&PR
CMO Secretary
Inmate
Medical File
~~Chrono File~~

DATE: 01/18/07    WASHINGTON F-40176    cs    MEDICAL- PSYCHIATRIC- DENTAL

CTF - 831- 678 -3951

Also contact the Catholic

Chapelain - Miss. Christine

State of California                                    Department of Corrections and Rehabilitation

# MEDICAL VERIFICATION

1824 Log # CTF _____

Inmate: WAshington   CDC# F40176 _____

Date Assigned by IAC: rec appe 2/2/07

Date Received by Medical: 2/2/07

Date Medical File was Reviewed: 2/2/07

Medical file reviewed and medical verification sent to the International Appeals Coordinator on 2/2/07. Verification attached: _____ 1845 _____ Work Restriction chrono _____
Temporary Medical Unassignment chrono _____.

Other (specify) CDC 128C _____.

☒ Patient evaluation on _____. Medical verification unavailable. Outside consultation recommended. Outside consultation requested on _____.

☒ CDC 1824 suspended _____.

☒ Outside consultation report received by this institution on _____.

☒ Outside consultation report returned to IAC on _____.

No work
school,
Nothing

K. Dennis, SSA   Date 2/2/07
Medical Appeals Analyst

**DEPARTMENT OF CORRECTIONS**
**NOTICE OF CLASSIFICATION HEARING**

# XW-137L

| INMATE NAME   WASHINGTON | NUMBER   F40176 | DATE   1/17/2007 |
|---|---|---|

YOU WILL APPEAR BEFORE A CLASSIFICATION COMMITTEE WITHIN THE NEXT TEN WORKING DAYS FOR PROGRAM EVALUATION AND PLACEMENT.  YOU MAY ALSO BE EVALUATED FOR PROGRAM CHANGES AS INDICATED BELOW.

☐ TRANSFER                      ☐ INCREASE IN CUSTODY                      ☐ ASSIGNMENT TO SECURITY HOUSING

☐ REMOVAL FROM PROGRAM          ☐ OTHER

REASONS

| STAFF NAME   P. Taporco | TITLE   CC-I | INSTITUTION   CTF-CENTRAL FACILITY |
|---|---|---|

CDC-128-B1 (Automated)

---

**NAME AND NUMBER**      **WASHINGTON F40176**      **HOUSE   X-137L**      **CTF-C   CDC-128-C**

Inmate   WASHINGTON F40176 was found to have a long term, chronic infectious disease.  This being the case he is no longer appropriate for housing in our general population and requires transfer to an appropriate institution.  He is in Group FOUR.

ORIG: C-File
COPY: Unit CC1
        Inmate                          JOSEPH CHUDY, M.D.
        UM RN                           Chief Medical Officer (A)
        PHN                             CTF Soledad
        CMO Secretary
        Medical File
        Chrono File

DATE: 2/15/2007          WASHINGTON F40176      MEDICAL- PSHCHIATRIC- DENTAL

---

NAME and NUMBER    **WASHINGTON, AARON**        F40176        *B4 - 133L*        CDC-128-C
                                                                                          B

This inmate has a seizure disorder, he should be given a lower bunk on a lower tier.  He should not be assigned to the following work: Culinary, operating machinery, working near flames, hot surfaces or hot liquids, heights, wet or slippery surfaces, driving a vehicle.  This chrono is valid for the duration of his stay at CSP-LAC.

                                        J. GOCKE, FNP
                                        Staff Physician

Orig.  C-file
cc:    Health Record            cc: Facility Lt.
        Housing Officer
        Inmate Assignment
        Inmate              1/12/07            CSP-LAC        (mr)
DATE                                                    MEDICAL—PSYCHIATRIC—DENTAL

TREAT AS ORIGINAL

# CDC-1824 ADA APPEAL SCREENING FORM

To: I/M  WASHINGTON   CDC #: F-40176   Housing: X-125/L   Appeal Log #

## YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

☐ The action or decision you are appealing is not within the jurisdiction of CDC, (CCR 3084.3(c)(1). ☐ Effective May 1, 2004, the BPT 1040 appeal process is no longer utilized. Issues concerning due process, grant or denial of parole, parole revocation, attorney or witness requests, early discharge, or good cause findings for hearings cannot be appealed. These types of appeal issues may now be forwarded to the court asking them to change the BPT action or decision. ☐ Issues concerning BPT clerical mistakes, mandatory discharge, credit eligibility during revocation terms, or other BPT rules of law may be addressed via a letter addressed to the BPT Quality Control Unit, 1515 "K" Street, Sixth Floor, Sacramento, CA, 95814.
☐ If the issue is related to a disability before, during, or after the hearing you may file a grievance on a BPT 1074 to the Chief Deputy Commissioner. (ARP §IV.J)

☐ You have already submitted an appeal on this same issue. CCR 3084.3(c)(2). Refer to Log #

☐ In your appeal, you are requesting a transfer solely for medical treatment. This request is a non-American with Disabilities Act issue; therefore, your appeal was recategorized as a CDC-602 Inmate Parolee Appeal Form. (APR §IV.23.b).

☐ In your appeal, you are complaining about pain and requesting medical treatment with no indication that program access is denied or impeded. This request is a non-Americans with Disabilities Act issue; therefore your appeal was recategorized as a CDC-602 Inmate/Parolee Appeal Form. (ARP§IV.23.b).

☒ In your appeal, you do not allege that you have a disability that substantially limits a major life activity as defined in the Armstrong Remedial Plan. This request is a non-Americans with Disabilities Act issue; therefore, your appeal was recategorized as a CDC-602 Inmate/Parolee Appeal Form. (ARP§IV.23.b).

☐ You are requesting a Second Level review. However, you have not adequately explained your dissatisfaction with the First Level review. Pursuant to the Armstrong Remedial Plan, you must explain your dissatisfaction with the First Level Response and suggest an appropriate resolution. (ARP§IV.23.e).

☐ Your appeal includes both Americans with Disabilities Act (ADA) and non-ADA issues. Staff shall address your ADA issue(s) only. Your non-ADA issue(s) may be recorded on a CDC-602 Inmate/Parolee Appeal Form. (ARP§IV.23.b).

☐ You are requesting a Second Level review. However, you failed to submit the appeal within 15 working days of receipt of the First Level decision by the Division Head. Therefore, your appeal is rejected. (APR §IV.23e / CCR 3084.3(c)(6)).

☐ You have inadequately completed the CDC Form 1824 or 602 (e.g., no signature, section incomplete, missing appeal attachments etc). Correct the missing information and forward the appeal back to the Appeal Coordinator's Office. (CCR 3084.3(c)(5)).

☐ You are requesting extended Reception Center (RC) stay credits, however, you have not been in the RC for more than 60 days. Therefore, your appeal is rejected. If you have a disability that impacts placement (CDC 1845 Section C) or undergoing dialysis treatment and still in the RC more than 60 days you may file another appeal. (APR §III.A / CCR 3084.3(c)(3)).

Remark(s): COPY OF LABRATORY REPORT (MEDICAL) FOR T-CELL "VIRG."

Please correct the indicated problems and return your appeal.

Number of Times Screened Out 17-00696

*: Failure to follow instruction(s) will be reviewed as non-cooperation and your appeal will be matically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed unless allege the above reason(s) are inaccurate! In such a case, please return this form to the Appeals rdinator with the necessary information. You have only 15 days to comply with any of the above tives. (CCR 3084.3(c)(6) / 3084.6(c)).

Date: 2-17-07
Appeals Coordinator
P.G. DENNIS CC.II

## PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE !
Inmate
Appeal Attachment
Appeal Office

I, Aaron Washington (F-40176), am addressing this matter to the court of the
State of California to support the facts for my lawsuit against the Victims's
Compensation and Government Board (VCGCB). I want the court to acknowledge that
I did take all the appropriate steps of the CDC-602 appeals process and exhausted
my administrative remedies as required.

I want to address the corruption at the California Departent of Corrections and
Rehasbilitation (CDCR) California Training Facility (CTF) Soledad. That being
said, CDCR's Lancaster facility endorsed me to the wrong institution in 2006.
My Constitutional Rights were violated by CDCR due to my having Acquired Immune
Deficiency Syndrome (AIDS). It should be noted that CDCR's CTF-Soledad is not
an approved instritution to house inmates diagnosed with AIDS. As a direct result
of this placement, I was denied the same healthcare and privileges as other general
plpulation inates soley because I have AIDS. I was placed in the segregation
unit because of the ignorance of AIDS by the correctional staff and medical staff
at CTF-Soledad.

The CDCR knew that I had AIDS based upon my previous CDC number (K-01719) which
included detailed medical records, diagnostic test, and confirmatory laboratory
test results. I appeared before a classification committee at CTF-Soledad whom
acknowledged my AIDS diagnosis. The committee stated that their institution did
not house or treat inates diagnosed with AIDS. The chairperson of the classification
committee was Facility Captain Arfa. The other members of the committee were
Correctional Counselors II Martin, DEnnis and Aboytes and Correctional Counselor
I toporco. They infored me that I was a  danger to the institution, its staff
and general population inates because I had AIDS. The committee instructed 1st
and 2nd watch Correctional Sergeants Bojorquez, Green and Torquez to issue orders
to keep me locked down and only let me out every other day for a ten (10) minute

*1 of 2*

shower. These orders were issued to the following Correctional Officers: Tooes, Youngblood, Trovors, Scoutt, Kein, Miller, Meuez, Davis, Avila, Castro, Solseds, Mendoza, Baker, and Astron. I asked if I was such a danger to CTF-Soledad, why did the Classification Staff Representative (CRS) of the CDCR endorse me to their institution? I reiterate that the CDCR knew of my AIDS diagnosis because of records maintained by the departent under my previous CDC number (K-01719). I also asked that if I were such a danger to the facility why they wouldn't place me on a van special transport to an institution designated for those inmates with AIDS? Captain Arfa and CCI Toporco said it just didn't work that way.

I want the court to acknowledge that I was a victim of a hate crime due to my having AIDS. I was denied the same privileges that the rest of the general population received. I was not allowed to go to chow or to the yard, nor was I permitted to participate in recreational and physical education programs or religious activities. I could not even watch t5he state owned television. I was wrongfully punished as a direct result of CDCR's mistake due to their own wilfull and intentional actions and negligence.

CTF-Soledad openly displayed outright discrimination by violating my Constitutional Rights which gurantee equal protection under the law. During this period of segregation, I was isolated and had no contact with anyone. I fell into a deep psychological depressive state and requested individual and group theraphy, which I was denied. CTF-Soledad Mental Health SErvices Department Psychologist, Ms. Liced, stated that she could not see me due to my circumstances. I filed a CDC-602 appeal against Psychologist Liced for discrimination. I becae so depressed that I submitted an inmate request to the Catholic Chaplin and prayed someone would answer the request. The CTF-Soledad Catholic Chaplin (Christine) came to see me in the segregation unit. I explained to Chaplin Christine what I was going

$2 \text{ of } 3$

through and what was going on. The Chaplin was shocked and promised she would try and help me. We then talked and had mass. Chaplin Christine cae to the segregation unit weekly to have mass with me and to encourage me not to lose my faith. She advised me she was going to look up some information so that I could report this hate crime. The information I was provided by Chaplin Christine is enclosed with the other documents submitted to the court.

While on lockdown in the CTF-Soledad segregation unit, I began to have a toothache. I submitted a CDC-7362 Health Services Request for dental care. More than one (1) month passed and I had not yet been seen. By then the tooth ahd become severely infected and I had gotten very sick. I then submitted another CDC-7362 form and also filed a CDC-602 appeal and attached and American with Disabilities Act (ADA) for to the CTF-Soledad Chief Medical Officer. One day, an officer came to my call and said, "Washington, get ready. You have an interview with someone from the ADA office." The officer then let me out oif the cell and then told me to 'stand' by the phone near the wall. I asked why I had to stand-by for the phone and he told my that the ADA staff person said she was going to call back in ten (10) minutes. When the phone rang, the officer told me to answer, to which I complied. The person on the other end intr5oduced herself as CCII Dennis. She explained that she would be interviewing me via telephone and was in possession of all paperwork that I had submitted related to the appeal. She stated that CTF-Soledad did not house inmates with AIDS and that was why I would remain locked up in the segregation unit. She furhter indicated that she was working on getting me transferred A.S.A.P. but needed time to get things together. CCII Dennis said she felt vey bad and that it was the CTF-Soledad classification committee's decision to keep me in the segregation unit until my transfer. She also informed me that their employees, edical and dental departments, had no idea what to do with an inmate with AIDS. When I asked if I could at the very least receive the same

3 of 4

medical and/or dental services as any other general population inmate, she stated
that I needed specialist to give me those services.

As a direct result of the undue stress I suffered because of the CTF-Soledad's
discriminatory segregation and treatment, my T-cells started dropping. CCII Dennis
apologized and said she would make medical and dental appointments for me. I
informed her that due to the stress, I was also having problems with my vision
and feet. She said she would try to get me seen. CCII Dennis was successful in
getting me a dental appointment. However, the dentist who examined me had me
complete medical history paperwork and receive an x-ray. When completed, he asked
me if I had AIDS. I replied that I did. After looking over the x-ray, the dentist
said I had a very bad tooth infection and needed a root canal. When I asked him
when he was planning to do the procedure, he told me they didn't treat inmates
at CTF-Soledad with AIDS. He further stated that it was CTF-Soledad's policy
and that I would have to wait until after I was transferred to be treated. I
asked him to prescribe me pain medication, to which he complied. He idicated
that he was sorry.

I submitted a CDC-602 appeal for not receiving the appropriate necessary dental
care because I have AIDS. I never was seen by a doctor about my foot problem,
but I did see the eye doctor who wrote me a prescription for eyeglasses. Ironically,
the eye doctor told me I had to wait until I was transferred before I would receive
eyeglasses. I was escorted back to the segregation unit. I then filed another
CDC-602 appeal. I wrote a letter to the Warden, however I never received any
response.

During the third week of December, I informed a 2nd watch officer that my cell
(X-137) was getting extremely cold at night due to six (6) window panes being

4 of 5

broken out. The officer only said that a work order had already been placed and claimed he didn't have the key to turn on the heat in my cell. The officer knew that my windows were broken and that the heat didn't work. They kept me in that cell for three (3) nights. I requested to speak with a Sergeant but was told one was not in the unit. Everyday I asked when someone was coming to repair my cell. I explained that I had been awoke for those three (3) nights due to the extreme cold. I asked the 1st watch officer if he could turn on my heat, however he too claimed not to have the key. I requested to be moved to a cell with heat but the request was denied. On December 30, 2006, I submitted a CDC-602 appeal regarding the lack of heat via inmate institutional mail. However, the next day officer Tooes came to my cell door and slid my CDC-602 appeal back underneath my cell door and said he was going to turn my heat on so there was no need for me to turn in the appeal. But I did so anyway because I had become so psychologically drained in my numerous attempts to correct and address this problem.

The CDCR has committed a hate crime against me due to their own negligence and outright discrimination. CTF-Soledad, specifically, has violated my Constitutional Rights under civil rights law. Pursuant to cDCR's California Code of Regulations, Title. 15, I did file CDC-602 appeals at CTF-Soledad in an attempt to address and resolve my complaints, to no accord. The CDCR has records of these CDC-602 appeals with log numbers. All of the CDC-602 appeals were based on facts and will show grounds for discrimination practicies that they unlawfully subjected me to. Below listed are all of the CDC-602 and ADA appeal log numbers:

CTF-S-07-00299   ADA & 602
CTF-S-07-00587   ADA & 602
CTF-S-07-00488   ADA & 602
CTF-S-07-00494   ADA & 602
CTF-S-07-00278   602

CTF - 17-00696 - ADA

CTF-S-07-00451    602

CTF-S-07-00696    602

In February 2007, correctional staff came to my cell and told e to pack my things
because I was moving to the mainline general population in the morning. The following
morning I was moved to 'Y' unit for about two (2) hours. Captain Arfa came to
my cell and told me he was there to move me back to the segregation unit. He
told me that I had done nothing wrong, but he was told by his boss to pull me
from the line. I asked him why I was being treated in that manner and discriminated
against? I told him that noone plans to get AIDS. While he escorted me back to
the segregation unit, I asked him if I could go to mass on Sunday. He said he
would work on that. On the following Sunday I was released to attend mass and
returned directly back to my cell in the segregation unit.

I thank Chaplin Christine for all she had sone for me while I was locked down
in the segregation unit. Please contact her at CTF-Solegad and she will tell
you the truth about how I was unfairly treated and discriminated against due
to my AIDS diagnosis. You can reach her at (831) 678-3951.

On 02-22-07 I was transferred to CDCR's Californai Medical Facility (CMF). This
is the truth and nothing but the truth, so help me God. I am asking the court
to grant my action  in this unliited civil case based on the grounds of violation
of my Civil Rights under 42 U.S.C., cruel and unusual punishment, resulting in
discrimination due to my having AIDS. I also seek punitive and exemplary damages
for pain and suffering, emotional and mental distress, psychological stress,
denial of appropriate dental care, and denial of adequate medical care while
housed at CTF-Soledad. The actions of the CDCR were wrongful, intentional actions
of hate crimes against me soley because of my AIDS diagnosis. The CDCR negligently

( 4 7

violate my Constitutional Rights of equal protection under the law.

I want to thank the court from the bottom of my heart for its assistance. I pray that noone with AIDS will ever have to endure what I went through because of someone else's mistake and/or ignorance. I filed a report also with the following agencies:

The Center of Health Justice
8235 Santa Monica Blvd., Ste. 214
West Hollywood, CA   90046
(323) 822-3838

California Medical Association
1201 J Street, #375
Sacramento, CA   95814

I want the court to acknowledge the other documents I submitted. They will show all the other reports I files against the CDCR, specifically CTF-Soledad, due to this hate crime and discrimination suit I have filed with this court. Please grant me the full judgment deemed appropriated by the court for punitive damages, personal (Physicl) injury, emotional distress, exemplary damages, and whatever other damages found by the court.

Respectfully Submitted,

Aaron Washington (F-40176)
California Medical Facility (CTF)
P.O Box 2000
Vacaville, CA   95696-2000

Dated: 4-28-08

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Aaron Washington - F-40176<br>1600 California Drive - F 247<br>Vacaville CA 95696 | |

TELEPHONE NO.:                     FAX NO.:

ATTORNEY FOR *(Name)*:

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco

STREET ADDRESS: 450 Golden Gate Avenue

MAILING ADDRESS: San Francisco, CA, 94102

CITY AND ZIP CODE: 

BRANCH NAME: Federal District Court

CASE NAME:

| CIVIL CASE COVER SHEET<br>[X] Unlimited    [ ] Limited<br>(Amount      (Amount<br>demanded     demanded is<br>exceeds $25,000)   $25,000 or less) | Complex Case Designation<br>[ ] Counter    [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 1811) | CASE NUMBER:<br><br>JUDGE:<br><br>DEPT: |
|---|---|---|

*Items 1–5 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| **Auto Tort** | **Contract** | **Provisionally Complex Civil Litigation**<br>(Cal. Rules of Court, rules 1800–1812) |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | [ ] Antitrust/Trade regulation (03) |
| [ ] Uninsured motorist (46) | [ ] Collections (09) | [ ] Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | [ ] Insurance coverage (18) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Other contract (37) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | **Real Property** | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | [ ] Eminent domain/Inverse condemnation (14) | [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| [ ] Other PI/PD/WD (23) | [ ] Wrongful eviction (33) | **Enforcement of Judgment** |
| **Non-PI/PD/WD (Other) Tort** | [ ] Other real property (26) | [ ] Enforcement of judgment (20) |
| [ ] Business tort/unfair business practice (07) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| [X] Civil rights (08) | [ ] Commercial (31) | [ ] RICO (27) |
| [ ] Defamation (13) | [ ] Residential (32) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Fraud (16) | [ ] Drugs (38) | **Miscellaneous Civil Petition** |
| [ ] Intellectual property (19) | **Judicial Review** | [ ] Partnership and corporate governance (21) |
| [ ] Professional negligence (25) | [ ] Asset forfeiture (05) | [ ] Other petition *(not specified above)* (43) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Petition re: arbitration award (11) | |
| **Employment** | [ ] Writ of mandate (02) | |
| [ ] Wrongful termination (36) | [ ] Other judicial review (39) | |
| [ ] Other employment (15) | | |

2. This case [X] is   [ ] is not   complex under rule 1800 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties    d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel    e. [ ] Coordination with related actions pending in one or more courts issues that will be time-consuming to resolve      in other counties, states, or countries, or in a federal court
   c. [X] Substantial amount of documentary evidence    f. [ ] Substantial postjudgment judicial supervision
3. Type of remedies sought *(check all that apply)*:
   a. [ ] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [X] punitive
4. Number of causes of action *(specify)*:
5. This case [X] is   [ ] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: 4-28-08

Aaron Washington
     (TYPE OR PRINT NAME)             (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 201.8.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 1800 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. January 1, 2006] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 201.8, 1800–1812;<br>Standards of Judicial Administration, § 19<br>www.courtinfo.ca.gov |
|---|---|---|

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:

Aaron Washington - F-40176
1600 California Drive
Vacaville CA 95696

TELEPHONE NO.: _____   FAX NO.: _____
ATTORNEY FOR *(Name)*: _____

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco CA. 94102
BRANCH NAME: Federal District Court

CASE NAME:

FOR COURT USE ONLY

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] Unlimited (Amount demanded exceeds $25,000)    [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter    [ ] Joinder    Filed with first appearance by defendant (Cal. Rules of Court, rule 1811) | JUDGE: <br><br> DEPT: |

*Items 1–5 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[X] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 1800–1812)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [X] is [ ] is not complex under rule 1800 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties    d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve    e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [X] Substantial amount of documentary evidence    f. [ ] Substantial postjudgment judicial supervision

3. Type of remedies sought *(check all that apply)*:
   a. [ ] monetary    b. [ ] nonmonetary; declaratory or injunctive relief    c. [X] punitive

4. Number of causes of action *(specify)*:

5. This case [X] is [ ] is not a class action suit.

6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 4-28-08

Aaron Washington
(TYPE OR PRINT NAME)

► *(signature)*
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 201.8.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 1800 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2006]

CIVIL CASE COVER SHEET

Cal. Rules of Court, rules 201.8, 1800–1812;
Standards of Judicial Administration, § 19
www.courtinfo.ca.gov

**POS-010**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Aaron Washington - F-40176<br>1600 California Drive<br>Vacaville CA 95696<br>TELEPHONE NO.          FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco.<br>STREET ADDRESS<br>MAILING ADDRESS 450 GoldenGate Avenue<br>CITY AND ZIP CODE San Francisco 94102<br>BRANCH NAME Federal District Court. |

| | |
|---|---|
| PLAINTIFF/PETITIONER: Aaron Washington<br><br>DEFENDANT/RESPONDENT: V. C. G.C.B. | CASE NUMBER |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No. |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the summons and

   a. ☐ complaint

   b. ☐ Alternative Dispute Resolution (ADR) package

   c. ☐ Civil Case Cover Sheet *(served in complex cases only)*

   d. ☐ cross-complaint

   e. ☐ other *(specify documents)*:

3. a. Party served *(specify name of party as shown on documents served)*:

   b. Person served: ☐ party in item 3a ☐ other *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:

5. I served the party *(check proper box)*

   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:          (2) at *(time)*:

   b. ☐ **by substituted service.** On *(date)*:          at *(time)*:          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:          from *(city)*:          or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| | |
|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. January 1, 2004] | Code of Civil Procedure, § 417.10 |

**PROOF OF SERVICE OF SUMMONS**

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:** Victim Compensation
*(AVISO AL DEMANDADO):* + Goverment Claims Board

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Aaron Washington -F 40176

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.   A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante.  Una carta o una llamada telefónica no lo protegen.  Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte.  Es posible que haya una formulario que usted pueda usar para su respuesta.  Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca.  Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas.  Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*
*Hay otros requisitos legales.  Es recomendable que llame a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados.  Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro.  Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California,*
*(www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* | CASE NUMBER<br>*(Número del Caso):* |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

| DATE:<br>*(Fecha)* | Clerk, by _____<br>*(Secretario)* | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

Defendant

V.C.G.C.B. Claims    -

You are being sued by

Plaintiff
Aaron Washington
F-40176

The frist
One I submitted
Was wrong
This is the
New one
Thank You

Priest

Brian Whittington F#0176
P.O. Box 2000
Vacaville, CA

95696-2000

Clerk

Federal District Court
United States District Court
U.S. Courthouse
450 Golden Gate



Heron Washington Thburn
Na 00 California or Drive
Vacaville CA 95696
T: 24742

LEGAL MAIL

RECEIVED
MAY 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attn Clerk Office of
Federal District Court
United States District Court
For The Northern District
U.S. Court House
450 Golden Gate Avenue
San Francisco, CA 94102

CA MEDICAL FACILITY

FIRST