Mr. Richard W. Wieking

Sir I mail out the trust print out a long with the [illegible] you submitted to me.

Sir I submitted a new corver sheet to your office becuse I thought I field the frist cover sheet out wrong.

I just want to know was my frist cover sheet excepted? AN did you recive the trust print out along with the from you requested?

I mail your office a new cover sheet because, I notice that I was only to check one box in the cover sheet.

I was worry that my cass wound not be excepted.

Becouse I made that arrow I recive my cass number CV-08-2315-MMC-PR.

So I do acknowledge that my cover sheet did not afect my case.

So disreguard the secound cover sheet I mail to your office

Thank you Sir
Respectfuly
Aaron Washg F-40176



A Washington - F4016
P.O. Box 2000
Vacaville, CA 95696
F-2476

Office of the Clerk
U.S. District Court
ATTN FOR: Richard W. Wieking
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Legal Mail