E-filing

**FILED**

JUN  9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

Aaron Washington Plaintiff,

vs.

Victim Compensation
Gov. Claim Board Defendant.

CV 08 2315 MMC

CASE NO. _____

**PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS** **(PR)**

I, Aaron Washington, declare, under penalty of perjury that I am the
plaintiff in the above entitled case and that the information I offer throughout this application
is true and correct. I offer this application in support of my request to proceed without being
required to prepay the full amount of fees, costs or give security. I state that because of my
poverty I am unable to pay the costs of this action or give security, and that I believe that I am
entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the
name and address of your employer:

Gross: _____ 0 Net: _____ 0

Employer: _____ None _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.   (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _____ N 0 _____

5  _____

6  _____

7  2.      Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9        a.     Business, Profession or          Yes ____  No _✓_

10               self employment

11       b.     Income from stocks, bonds,        Yes ____  No _✓_

12               or royalties?

13       c.     Rent payments?                    Yes ____  No _✓_

14      d.     Pensions, annuities, or           Yes ____  No _✓_

15               life insurance payments?

16       e.     Federal or State welfare payments,  Yes ____  No _✓_

17               Social Security or other govern-

18               ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____ N/0 _____

22  _____

23  3.      Are you married?                     Yes ____  No _✓_

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:        0

27  Gross $_____ 0 _____ Net $_____

28  4.      a.     List amount you contribute to your spouse's support:$ _____ 0 _____

1      b.     List the persons other than your spouse who are dependent upon you for

2           support and indicate how much you contribute toward their support. (NOTE:

3           For minor children, list only their initials and ages. DO NOT INCLUDE

4           THEIR NAMES.).

5        _____ *NO* _____

6        _____

7    5.     Do you own or are you buying a home?       Yes ____ No √

8   Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.     Do you own an automobile?          Yes ____ No √

10   Make _____ Year _____ Model _____

11   Is it financed? Yes _____ No √ If so, Total due: $ _____

12   Monthly Payment: $ _____

13    7.     Do you have a bank account? Yes _____ No √ (Do not include account numbers.)

14   Name(s) and address(es) of bank: ____ *None* _____

15   _____

16   Present balance(s): $ _____

17   Do you own any cash? Yes ____ No √ Amount: $ _____

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19   market value.)    Yes ____ No √

20   _____

21    8.     What are your monthly expenses?

22   Rent: $ ____ *None* _____ Utilities: _____

23   Food: $ _____ Clothing: _____

24   Charge Accounts:

25   <u>Name of Account</u>      <u>Monthly Payment</u>      <u>Total Owed on This Acct.</u>

26   _____ *0* _____ $ _____ *0* _____ $ _____ *0* _____

27   _____ $ _____ $ _____

28   _____ $ _____ $ _____

9.     Do you have any other debts?  (List current obligations, indicating amounts and to
whom they are payable.  Do not include account numbers.)

_____ _NO_ _____

_____

10.    Does the complaint which you are seeking to file raise claims that have been presented
in other lawsuits?   Yes ____   No _✓_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
which they were filed.

_____ _NO_ _____

_____

        I consent to prison officials withdrawing from my trust account and paying to the court
the initial partial filing fee and all installment payments required by the court.

        I declare under the penalty of perjury that the foregoing is true and correct and
understand that a false statement herein may result in the dismissal of my claims.

_5-17-08_                      _Aaron Washy_ _F·40176_
    DATE                              SIGNATURE OF APPLICANT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S**
**IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

**A.    Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

**B.    Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 4/06)

1
2                                                    Case Number: _CV-08-2315_
3
4                                                           _MMC_
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                          **IN**
10                          **PRISONER'S ACCOUNT**
11
12          I certify that attached hereto is a true and correct copy of the prisoner's trust account

13    statement showing transactions of _WASHINGTON (F40176_ for the last six months at

14                                                    [prisoner name]

15    _____CMF_____ where (s)he is confined.

16                          [name of institution]

17          I further certify that the average deposits each month to this prisoner's account for the most

18    recent 6-month period were $ _____0_____ and the average balance in the prisoner's account

19    each month for the most recent 6-month period was $ _25.31_.

20
21    Dated: _5-10-08_                    _____
22                                          [Authorized officer of the institution]
23
24
25
26
27
28

                                        - 5 -

```
REPORT ID: TS3030  .701                              REPORT DATE: 05/12/0
                                                     PAGE NO:
```

```
                   CALIFORNIA DEPARTMENT OF CORRECTIONS
                       CALIFORNIA MEDICAL FACILITY
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT
```

```
              FOR THE PERIOD: DEC. 12, 2007 THRU MAY  12, 2008
```

```
ACCOUNT NUMBER : F40176              BED/CELL NUMBER: RNT200000000247S
ACCOUNT NAME   : WASHINGTON, AARON       ACCOUNT TYPE: I
PRIVILEGE GROUP: A
```

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|------|-------------|---------|-----------|----------|-------------|---------|
| 12/12/2007 | | BEGINNING BALANCE | | | | | 151.87 |
| 12/21 | FC03 | DRAW-FAC 3 | 1624/CMF#3 | | | 45.00 | 106.87 |
| | | ACTIVITY FOR 2008 | | | | | |
| 01/08 | W513 | MISC. CHARGES | 1699ENVELP | | | 2.50 | 104.37 |
| 01/24 | FC03 | DRAW-FAC 3 | 1855/CMF#3 | | | 30.00 | 74.37 |
| 01/28 | W515 | COPY CHARGE | 1870/COPY | | | 0.20 | 74.17 |
| 01/28 | W515 | COPY CHARGE | 1880COPIES | | | 0.60 | 73.57 |
| 01/31 | W513 | MISC. CHARGES | 1909ENVELP | | | 0.25 | 73.32 |
| 01/31 | W515 | COPY CHARGE | 1909/COPY | | | 2.40 | 70.92 |
| 02/21 | *FC03 | DRAW-FAC 3 | 2077/CMF#3 | | | 50.00 | 20.92 |
| 03/20 | *FC03 | DRAW-FAC 3 | 2330/CMF#3 | | | 20.92 | 0.00 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 151.87 | 0.00 | 151.87 | 0.00 | 0.00 | 0.00 |

```
                                                        CURRENT
                                                       AVAILABLE
                                                        BALANCE
                                                     --------------
                                                          0.00
                                                     --------------
                                                     --------------
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 5-12-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY:
TRUST OFFICE

A Washington-F-40176
P.O. Box 2000
Vacaville CA 95696
T- 247-2

**CA MEDICAL FACILITY**

FIRST CLASS

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

UNITED STATES POSTAGE
02 1M
0004225987
MAILED FROM ZIP CODE 95687
$00.100

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES