1 | Aaron Washington, In Pro Per
F-40176, T-247
2 | California Medical Facility, P.O. Box 2500
Vacaville, CA 95696-2500

FILED

08 JUN 17 PM 2:42

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE SUPERIOR COURT OF CALIFORNIA

COUNTY OF San Francisco

In re  ) Case No. CV-08-2315-MMC-(PR)
V.C.G.C.B )
 ) EX PARTE REQUEST FOR
 ) APPOINTMENT OF COUNSEL
On Habeas Corpus ) UPON ORDER TO SHOW CAUSE
 ) (Cal. Rule of Court No. 4.551(c)(2)

Petitioner, currently unrepresented and unable to afford counsel, but desiring appointment of counsel, respectfully requests the Court, *ex parte,* to appoint counsel to represent him in the within *habeas* petition. An order to show cause having issued, petitioner is entitled to such appointment.

Wherefore, good cause appearing, petitioner prays the Court order appointment of counsel.

Respectfully, submitted,

_____, in pro per
(signature)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**VERIFICATION**

I, Aaron Washington, declare under penalty of perjury that I have read and understood the above *ex parte* request for appointment of counsel and that I know that the facts stated therein are true of my own personal knowledge, except that if stated on information and belief, that I believe them to be true.

Executed at Vacaville, CA, County of Solano.

Dated: 5-28-08
(date)

_____ F-40176
(signature)

//





STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95811
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95812
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson

JOHN CHIANG
State Controller
Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

KAREN McGAGIN
Executive Officer

Aaron Washington F40176
PO Box 2000
Vacaville, CA  95696

April 30, 2008

RE:  Claim G573013 for Aaron Washington, F40176

Dear Aaron Washington,

The Victim Compensation and Government Claims Board rejected your claim at its hearing on April 22, 2008.

If you have questions about this matter, please mention letter reference 123 and claim number G573013 when you call or write your claim technician or analyst at (800) 955-0045.

Sincerely,


Darnell Lawrence, Program Manager
Government Claims Program
Victim Compensation and Government Claims Board

cc:  B-23 Corrections and Rehabilitation, Attn: Donna Corbin

Warning
Subject to certain exceptions, you have only six months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code Section 945.6. You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

* * * * * * * * *

It is not necessary or proper to include the Victims Compensation and Government Claims Board (Board) in your court action unless the Board was identified as a defendant in your original claim. Please consult Government Code section 955.4 regarding proper service of the summons.

Ltr 123 Claim Rejection

*I am requesting for counsel*

*Thank You*

*Aar Wash  5-28-08*

CDC 128C-2 (04/13/2004)

# RECOMMEDATION FOR ADAPTIVE SUPPORT

*PROVISIONAL*

Inmate Name: Washington, Aaron  CDC#: F40176  Institution: CTF  Housing: XW125CC-l: _____

## Excluded from Developmental Disability Program (DDP)

**NCF** ☒ Received passing score on cognitive test. No further evaluation needed without referral.

**DD0** ☐ Inmate did not pass or did not take a cognitive test, no adaptive support needs, provisional. Re-evaluate within 120-210 days.

**NDD** ☒ Inmate did not pass or did not take a cognitive test, no adaptive support needs, provisional. No re-evaluation need without referral.

**Included in DDP:** Inmate must always have a Staff Assistant in disciplinary hearings, classification committe hearings, and in all contact involving the use of a CDC Form 114-D (administrative segregation reviews and hearings). In addition:

**DD1** ☐ Does not usually require prompts to initiate/complete self-care and acitvities of daily living. Inmate may need adaptive supports when under unusual stress or in new situations.

**D1A\*** ☐ Same functional ability as DD1.

**DD2\*** ☐ Requires occasional prompts to initiate/complete self-care and activities of daily living.

**DD3\*** ☐ Requires frequent prompts to initiate/complete self-care and acitvities of daily living.

\* *Victimization Concerns: requires housing in a designated DDP building/unit/wing, consistent with other case factors.*

---

**Justification of DD0 and NDD / Adaptive support needs of DD1, D1A, DD2, and DD3:**

Formal assessments for learning disabilities are not currently available at CTF.

However, providing inmate Washington, F0176 with Staff assistance to insure understanding of information presented in special administrative hearings is suggested.

~~Additionally, Staff assistance upon request, to read or write legal documents in English~~

is recommended.

Check One: ☐ Regional Center Consumer

☐ May be eligible for Regional Center referral (possible onset before age 18)

☐ Not eligible for Regional Center referral (no developmental disability before age 18)

Mental Health Clinician: Michele R. DeAntoni Ph.D. Clinical Psychologist    Clark Coodinator    2/12/07
                         Signature                  Print or Stamp            Title              Date

(If the above is unlicensed) MD

Licensed Clinician: _____
                   Signature           Print or Stamp       Title        Date

Distribution:  Original: Central File
               Copies: Unit Health Record    Assigned CC-I      Housing Unit    I/M Assignment Office    DDP
                       ▓▓▓▓▓▓▓▓▓            DDP Counselor      CC-II           Education Office         Supervisor
                       Work Supervisor      CER or CC-III      Work

**STATE OF CALIFORNIA**  **DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**CSP-LACRC**  **GENERAL CHRONO**  **CDC 128B REV.(7/94)**

```
                    Test Report for WASHINGTON
ID Number: F 40176                              GARRETT12/06RC
Test Date: 12/06/06                             TABE 9/10 Basic Ed
Run Date:  12/08/06                             GARRETT,A RC
Page No:   68                                   10
                                                Entire group

Subtests         L/F   NC   NA   SS    GE   NP NRS  NS   OM   Predicted GED
Reading          D0    27   45   483   4.8  34  3    4   20   Reading  340 R
                                                              Science  330 R
                                                              Soc/Std  340 R
L/F=Test Lev & Frm   NC=No. Correct      NA=No. Attempted     I = Instruct
SS=Scale Score       GE=Grade Equiv      NP=National %ile     R = Review
NRS=Literary Level   NS=National Stan    OM=% Obj. Mastered   T = Test

Objectives       Score  MST  Percent

Reading
  D01 INTRP GRAPH  3/ 5   P    60
  D02 WD IN CONTX  3/ 4   +    75
  D03 RECALL INFO 10/15   P    66
  D04 CONST MEAN   7/13   P    53
  D05 EVAL/EX MNG  4/13   -    30
  Subtest Avg                  54

Total Average                  54
```

DATE: 12/12/06

EDUCATION SUPERVISOR/TESTING COORDINATOR

Copyright © by CTB\McGraw-Hill, Inc. All Rights Reserved.

A. Washington - F-40176
P.O. Box 2000
Vacaville CA 95696
T-247-L

Legal-Mail

CA MEDICAL FACILITY

FIRST CLASS

Deputy Clerk Office of
Mr. Richard W. Wieking
U.S. District Court
450 Golden Gate Ave
San Francisco, CA. 94102

9410243441 C004

02 1M
0004225987
MAILED FROM ZIPCODE 95687
$ 00.42⁰
JUN 16 2008
PITNEY BOWES
UNITED STATES POSTAGE