United State District Court For The Northern District of California

I Aaron Washington - F-40176 - T-257-L
civil case number CV-08-2315-MMC PR

I am requesting the court to please acknowledge due to benning incarcerated.

That at this time I have NO access to emailed system at this time. Inmate are not to use web site. Their for I am ask the court to grand me more time be my statute of limitations run out.

FILED
JUN 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

At this time I trying to seek counsel.

I am at this time requesting for the court to grand me appointment of counsel, under the Cal-Rule-of court No. 4.551(c)(2)

Respectfully
Aaron Washington 6-18-08
P.O. Box 2000
Vacaville CA 95696
T-247-L

Aaron Washington, In Pro Per
F-40176 , T-247-L
California Medical Facility, P.O. Box 2500
Vacaville, CA 95696-2500

IN THE SUPERIOR COURT OF CALIFORNIA

COUNTY OF San Francisco.

In re V.C.G.C.B. On Habeas Corpus

Case No. CV-08-2315 MMC-PR

**EX PARTE REQUEST FOR APPOINTMENT OF COUNSEL UPON ORDER TO SHOW CAUSE**
(Cal. Rule of Court No. 4.551(c)(2)

Petitioner, currently unrepresented and unable to afford counsel, but desiring appointment of counsel, respectfully requests the Court, *ex parte,* to appoint counsel to represent him in the within *habeas* petition. An order to show cause having issued, petitioner is entitled to such appointment.

Wherefore, good cause appearing, petitioner prays the Court order appointment of counsel.

Respectfully submitted,
Aaron Washington, in pro per
(signature)

*************************************************************************

**VERIFICATION**

I, Aaron Washington declare under penalty of perjury that I have read and understood the above *ex parte* request for appointment of counsel and that I know that the facts stated therein are true of my own personal knowledge, except that if stated on information and belief, that I believe them to be true. Executed at Vacaville, CA, County of Solano.

Dated: 6-18-08,
(date)

Aaron Washington
(signature)

//

982.1(1)

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):
Aaron Washington - F-40176
1600 California Drive T-247
Vacaville CA, 95696
TELEPHONE NO: FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

FOR COURT USE ONLY

ORIGINAL FILED 08 MAY -5 PM 3:28 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

E-filing

NAME OF COURT: Federal Northren District
STREET ADDRESS: 450 Golden Gate Ave
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco CA 94102
BRANCH NAME: Federal Northern District

PLAINTIFF: Aaron Washington - F-40176

DEFENDANT: Victim compensation, Govi Claims Board

☐ DOES 1 TO ____

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ **AMENDED (Number):**

**Type (check all that apply):**
☐ MOTOR VEHICLE ☑ OTHER (specify): Discrimination
☐ Property Damage ☐ Wrongful Death
☑ Personal Injury ☑ Other Damages (specify): Hate Crime

**Jurisdiction (check all that apply):**
☐ ACTION IS A LIMITED CIVIL CASE
Amount demanded ☐ does not exceed $10,000
☐ exceeds $10,000, but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
☐ from limited to unlimited
☑ from unlimited to limited

CASE NUMBER: CV 08 2315 MMC

(PR)

1. PLAINTIFF (name): Aaron Washington - F-40176

alleges causes of action against DEFENDANT (name): V.C.G.C.B.

2. This pleading, including attachments and exhibits, consists of the following number of pages: ____

3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name): Aaron Washington
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☒ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Complaint—Attachment 3.



Form Approved for Optional Use
Judicial Council of California
982.1(1) [Rev. July 1, 2002]

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

THOMSON WEST

Code of Civil Procedure, § 425.12

| SHORT TITLE: | CASE NUMBER: |
| --- | --- |
| | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. [ ] Motor Vehicle
    b. [X] General Negligence
    c. [ ] Intentional Tort
    d. [X] Products Liability
    e. [X] Premises Liability
    f. [X] Other *(specify)*: negligence of a Hate Crime under penalt code. sec. 422.78, sect. 422.75 title 11.6 civil rights. Hate crime. sect Code. 422.55 sect Code 422.56 Place of Religious. ped code 423.2

11. Plaintiff has suffered
    a. [ ] wage loss
    b. [ ] loss of use of property
    c. [ ] hospital and medical expenses
    d. [X] general damage
    e. [ ] property damage
    f. [ ] loss of earning capacity
    g. [X] other damage *(specify)*: Victim of a Hate Crime; an discerminate emotional, mental strec, psychologis depershion, medical an Dental sever, Denail of intention Hate abuse an verbal battery abuse

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. [ ] listed in Complaint—Attachment 12.
    b. [X] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **PLAINTIFF PRAYS** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) [X] compensatory damages
       (2) [X] punitive damages
    b. **The amount of damages is** *(you must check (1) in cases for personal injury or wrongful death)*:
       (1) [ ] according to proof
       (2) [X] in the amount of: $ two hunder thousand are more.

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

I asking the court to acknowlege all the legal document, I have submitted to the court

Thank You

Date:

Aaron WashingtoN F-40176 ▶ Aaron Washington

(TYPE OR PRINT NAME) (SIGNATURE OF PLAINTIFF OR ATTORNEY)


CA MEDICAL FACILITY
FIRST CLASS
Legal Mail
Office of The
U.S. District C
Northern Distr
450 Golden
San Francisc

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

4. [ ] Plaintiff *(name)*: Aaron Washington
is doing business under the fictitious name *(specify)*:

and has complied with the fictitious business name laws. by the State of Califorin

5. Each defendant named above is a natural person

a. [ ] except defendant *(name)*: V.C.G.C.B.
(1) [ ] a business organization, form unknown
(2) [ ] a corporation
(3) [ ] an unincorporated entity *(describe)*:
(4) [X] a public entity *(describe)*: CDC
(5) [ ] other *(specify)*:

c. [ ] except defendant *(name)*: V.C.G.C.B.
(1) [ ] a business organization, form unknown
(2) [ ] a corporation
(3) [ ] an unincorporated entity *(describe)*:
(4) [X] a public entity *(describe)*: CDC
(5) [X] other *(specify)*: B-23-CDC Attn Donna Corbin

b. [ ] except defendant *(name)*: V.C.G.C.B.
(1) [ ] a business organization, form unknown
(2) [ ] a corporation
(3) [ ] an unincorporated entity *(describe)*:
(4) [X] a public entity *(describe)*: CDC
(5) [X] other *(specify)*: Laur Alarcon program mananger

d. [ ] except defendant *(name)*: V.C.G.C.B
(1) [ ] a business organization, form unknown
(2) [ ] a corporation
(3) [ ] an unincorporated entity *(describe)*:
(4) [X] a public entity *(describe)*: CDC
(5) [X] other *(specify)*: Soledad Faicilit

[ ] Information about additional defendants who are not natural persons is contained in Complaint—Attachment 5.

6. The true names and capacities of defendants sued as Does are unknown to plaintiff.

7. [ ] Defendants who are joined pursuant to Code of Civil Procedure section 382 are *(names)*: V.C.G.C.B, Laura Alarcon - program mananger B-23 CDC - Donna Corbin

8. This court is the proper court because
a. [ ] at least one defendant now resides in its jurisdictional area.
b. [X] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
c. [ ] injury to person or damage to personal property occurred in its jurisdictional area.
d. [ ] other *(specify)*:

9. [ ] Plaintiff is required to comply with a claims statute, and
a. [X] plaintiff has complied with applicable claims statutes, or established by the law
b. [ ] plaintiff is excused from complying because *(specify)*: