California, Medical, Facility.
Post Office Box 2000.
Vacaville, California, 95696-2000.

In Propria-Persona.

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN THE COUNTY OF

In The Matter Of The
Application Of:

Aaron Washington,

Case No. CV-08-2315-MMC PR.

MOTION FOR APPOINTMENT OF COUNSEL.

TO: THE HONORABLE JUDGE PRESIDING IN THE ABOVE-ENTITLED CAUSE OF ACTION

I, Aaron Washington the undersigned movant, a layman at law, moves this honorable court for an ORDER appointing a certified attorney at law, a member of the California Bar Association, to represent movant in the present cause of action now pending before this court, because movant cannot afford to employ the services of an attorney in the foregoing matter.

This Motion is based upon movant-prisoners affidavit in support of his motion for leave to proceed in forma pauperis and for the foregoing matter.

I, declare under the penalty of perjury that the foregoing is true and correct.

Dated: This                                    at the California,
Medical, Facility, in Vacaville, California, 95696-2000.

Petitioner In Pro-Per.

"MEMORANDUM OF POINTS AND AUTHORITIES"
IN SUPPORT OF THE MOTION FOR APPOINT-
MENT OF COUNSEL".

Legal authority for appointment and compensation of counsel is Article 1, Section 15 of the California Constitution; The Sixth Amendment to the United States Constitution, 28 U.S.C., Section 3006 (g), as interpreted in McClain V. Manson, 343 F. Supp. 382 (D. Conn. 1972); Payne V. Superior Court, (1975) 17 Cal 3rd 908; Salas V. Cortez,(1979) 24 Cal 3rd 22; Price V. Johnston, 161 F.2nd 705; Yarbrough V. Superior Court (1985) 39 Cal 3rd 197, and California Government Code Section 27706; California Penal Code Section 987.3 through 987.6, which expressly grants a right to counsel and equal protection to indigent imprisoned inmates upon request. Right to counsel for indigent imprisoned inmates upon request, and indigent parents; In Re Christina H., (1986) 182 C.A. 3rd 47, 227 C.R. 41; In Re Rodrigues., (1973) 34 C.A. 510, 110 C.R. 56.

>"As a matter of due process and equal
> protection under both Federal and
> California Constitution a prisoner who
> as a defendant or plaintiff in a a'bo-
> nafied legal action threatening his
> interest, is exposed to judicially
> sanctioned deprivations and is entitl-
> ed to the courts in order to have a
> meaningful oppertunity to be heard, and
> to have assistance of competant counsel"
> Payne V. Superior Court., supra.

Counsel should be appointed because the issues in this case are particularly complex, see Dillion V. Unitied States, (9th Cir. 1962) 307 F.2nd 445; Hawkins V. bennet, (8th Cir. 1970) 423 F.2nd 948.

Counsel should also be appointed because petitioner is uneducated in legal procedures, and is unable to proceed alone, Kreiling V. Field, (9th Cir. 1970 431 F.2d 638.

Based on the foregoing, it is respectfully requested that this

1 | Honorable court appoint counsel to represent the petitioner in the
2 | now pending action before this court. The above request is made in the
3 | interest of justice.
4 |     I, declare under the penalty of perjury under the laws of this
5 | state of California, that the foregoing is true and correct.
6 |     Executed on this                      at the California
7 | Medical, Facility., P.O. Box 2000., 95696-2000.

Dated: 7-20-08

*Aaron Wash* (signature)

Petitioner In Pro-Per.

/ / / . F-40176
/ / / CV-08-2315-MMC-PR
/ / / .

/ / / .

A. Washington - F-40176
C.C. Box 2000
Vacaville, CA. 95696
T. 247

Legal Mail

CA MEDICAL FACILITY

FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004225987    $ 00.42⁰
MAILED FROM ZIP CODE 95687    JUL 22 2008

9410233661 0004

Office of The Clerk
U.S. District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA. 94102

