1

2 California, Medical, Facility.
Post Office Box 2000.
3 Vacaville, California, 95696-2000.

FILED

08 AUG -6 PM 12: 38

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5 In Propria-Persona.

8       IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9               IN THE COUNTY OF San Francisco, CA.

10 In The Matter Of The       Case No. CV-08-2315-MMC(PR)
Application Of:

11 V.C.G.C.B.                   MOTION FOR APPOINTMENT OF
COUNSEL.

13 TO: THE HONORABLE JUDGE PRESIDING IN THE ABOVE-ENTITLED CAUSE OF ACTION

14     I, Aaron Washington the undersigned movant, a layman

15 at law, moves this honorable court for an ORDER appointing a certified

16 attorney at law, a member of the California Bar Association, to repre-

17 sent movant in the present cause of action now pending before this

18 court, because movant cannot afford to employ the services of an atto-

19 rney in the foregoing matter.

20     This Motion is based upon movant-prisoners affidavit in support

21 of his motion for leave to proceed in forma pauperis and for the fore-

22 going matter.

23     I, declare under the penalty of perjury that the foregoing is

24 true and correct.

25     Dated: This August 2, 2008       at the California,

26 Medical, Facility, in Vacaville, California, 95696-2000.

28                                                      Petitioner In Pro-Per.

1          "MEMORANDUM OF POINTS AND AUTHORITIES"
           IN SUPPORT OF THE MOTION FOR APPOIN-
2          MENT OF COUNSEL".

3       Legal authority for appointment and compensation of counsel is
4  Article 1, Section 15 of the California Constitution; The Sixth Amend-
5  ment to the United States Constitution, 28 U.S.C., Section 3006 (g),
6  as interpreted in McClain V. Manson, 343 F. Supp. 382 (D. Conn. 1972);
7  Payne V. Superior Court, (1975) 17 Cal 3rd 908; Salas V. Cortez,(1979)
8  24 Cal 3rd 22; Price V. Johnston, 161 F.2nd 705; Yarbrough V. Superior
9  Court (1985) 39 Cal 3rd 197, and California Government Code Section
10 27706; California Penal Code Section 987.3 through 987.6, which expre-
11 ssly grants a right to counsel and equal protection to indigent impri-
12 soned inmates upon request. Right to counsel for indigent imprisoned
13 inmates upon request, and indigent parents; In Re Christina H., (1986)
14 182 C.A. 3rd 47, 227 C.R. 41; In Re Rodrigues., (1973) 34 C.A. 510,
15 110 C.R. 56.

16           "As a matter of due process and equal
              protection under both Federal and
17            California Constitution a prisoner who
              as a defendant or plaintiff in a a'bo-
18            nafied legal action threatening his
              interest, is exposed to judicially
19            sanctioned deprivations and is entitl-
              ed to the courts in order to have a
20            meaningful oppertunity to be heard, and
              to have assistance of competant counsel"
21            Payne V. Superior Court., supra.

22      Counsel should be appointed because the issues in this case are
23 particularly complex, see Dillion V. Unitied States, (9th Cir. 1962)
24 307 F.2nd 445; Hawkins V. bennet, (8th Cir. 1970) 423 F.2nd 948.
25      Counsel should also be appointed because petitioner is uneduca-
26 ted in legal procedures, and is unable to proceed alone, Kreiling V.
27 Field, (9th Cir. 1970 431 F.2d 638.
28      Based on the foregoing, it is respectfully requested that this

1 | Honorable court appoint counsel to represent the petitioner in the
2 | now pending action before this court. The above request is made in the
3 | interest of justice.
4 |     I, declare under the penalty of perjury under the laws of this
5 | state of California, that the foregoing is true and correct.
6 |     Executed on this August 2, 2008 at the California
7 | Medical, Facility., P.O. Box 2000., 95696-2000.

9 | Dated: 8-2-08

10 |                                         Petitioner In Pro-Per.

11 | / / / . [signature] Aaro Washy
12 | / / / . F. 40176
13 | / / / .
14 | / / / .

28 | / / / .

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):<br>Aaron Washington - F-40176<br>1600 California Drive T-247<br>Vacaville CA, 95696<br>TELEPHONE NO:    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | FOR COURT USE ONLY<br>08 MAY -5 PM 3:28<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>ORIGINAL FILED<br>E-filing |

NAME OF COURT: Federal Northren District
STREET ADDRESS: 450 Golden Gate Ave
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco CA 94102
BRANCH NAME: Federal Northern District

PLAINTIFF: Aaron Washington - F-40176

DEFENDANT: Victim Compensation, Gov. Claims Board

☐ DOES 1 TO ____

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ AMENDED (Number):
Type (check all that apply):
☐ MOTOR VEHICLE  ☑ OTHER (specify): Discrimination
☐ Property Damage   ☐ Wrongful Death
☑ Personal Injury   ☑ Other Damages (specify): Hate Crime

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
Amount demanded ☐ does not exceed $10,000
☐ exceeds $10,000, but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
☐ from limited to unlimited
☑ from unlimited to limited

CASE NUMBER: CV 08 2315 MMC (PR)

1. PLAINTIFF (name): Aaron Washington - F-40176
   alleges causes of action against DEFENDANT (name): V.C.G.C.B.
2. This pleading, including attachments and exhibits, consists of the following number of pages: ____
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name): Aaron Washington
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor   ☒ an adult
          (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) ☐ other (specify):
      (5) ☐ other (specify):

   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor   ☐ an adult
          (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Complaint—Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
982.1(1) [Rev. July 1, 2002]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

THOMSON
WEST

Code of Civil Procedure, § 425.12

| SHORT TITLE: | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name): Aaron Washington
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws. by the State of Califorin

5. Each defendant named above is a natural person
   a. ☐ except defendant (name): V.C.G.C.B.
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☒ a public entity (describe): CDC
      (5) ☐ other (specify):

   c. ☐ except defendant (name): V.C.G.C.B.
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☒ a public entity (describe): CDC
      (5) ☒ other (specify): B-23-CDC ATTN Donna Corbin

   b. ☐ except defendant (name): V.C.G.C.B.
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☒ a public entity (describe): CDC
      (5) ☒ other (specify): Laur Alarcon program mananger

   d. ☐ except defendant (name): V.C.G.C.B
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☒ a public entity (describe): CDC
      (5) ☒ other (specify): Soledad Faicilit.

   ☐ Information about additional defendants who are not natural persons is contained in Complaint—Attachment 5.

6. The true names and capacities of defendants sued as Does are unknown to plaintiff.

7. ☐ Defendants who are joined pursuant to Code of Civil Procedure section 382 are (names): V.C.G.C.B, Laura Alarcon - program mananger B-23 CDC - Donna Corbin

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☐ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☒ plaintiff has complied with applicable claims statutes, or established by the law
   b. ☐ plaintiff is excused from complying because (specify):

| SHORT TITLE: | CASE NUMBER: |
|---|---|
|  |  |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☒ Products Liability
   e. ☒ Premises Liability
   f. ☒ Other *(specify):* negligence of a Hate Crime under penalt code. sec. 422.78, sect, 422.75 title 11.6 civil rights. Hate crime. sect code. 422.55 sect Code 422.56 Place of Religious. ped code 423.2

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☐ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☐ loss of earning capacity
   g. ☒ other damage *(specify):* Victim of a Hate Crime, an discrminate emotional, mental stres, psychologis depershion, Denail of medical au Dental sever, an Verbal battery abuse intention Hate, abuse

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Complaint—Attachment 12.
   b. ☒ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. PLAINTIFF PRAYS for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☒ punitive damages
   b. The amount of damages is *(you must check (1) in cases for personal injury or wrongful death)*:
      (1) ☐ according to proof
      (2) ☒ in the amount of: $ two hunder thousand are more.

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

I asking the court to acknowlege all the legal document, I have submitted to the court
Thank You

Date:

Aaron Washington F-40176   ▶   Aaron Washington
(TYPE OR PRINT NAME)                (SIGNATURE OF PLAINTIFF OR ATTORNEY)

982.1(1) [Rev. July 1, 2002]   COMPLAINT—Personal Injury, Property Damage, Wrongful Death   Page 3 of 3

# VCGCB
Victim Compensation & Government Claims Board

STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95811
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95812
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson

JOHN CHIANG
State Controller
Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

KAREN McGAGIN
Executive Officer

Aaron Washington F40176
PO Box 2000
Vacaville, CA 95696


RECEIVED
APR 1 8 2008
Office of ... Internal Affairs

March 20, 2008

RE: Claim G573013 for Aaron Washington, F40176

Dear Aaron Washington,

You were previously notified that your claim was scheduled to be acted upon by the Board at the meeting on April 17, 2008 at 10:00 a.m. Please be advised that the Board meeting has been rescheduled to April 22, 2008 at 2:00 p.m., in Sacramento.

You will receive written notification of the Board's decision within approximately two weeks following the meeting.

If you have questions about this matter, please mention letter reference 6 and claim number G573013 when you call or write your claim technician or analyst at (800) 955-0045.

Sincerely,


Government Claims Program
Victim Compensation and Government Claims Board

CMF

cc: B-23 Corrections and Rehabilitation, Attn: Donna Corbin

Ltr 6 Hearing Dt Chg

INMATE COPY

T-247




STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95811
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95812
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson

JOHN CHIANG
State Controller
Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

KAREN McGAGIN
Executive Officer

Aaron Washington F40176
PO Box 2000
Vacaville, CA  95696

March 03, 2008

RE:  Claim G573013 for Aaron Washington, F40176

Dear Aaron Washington,

The Victim Compensation and Government Claims Board (VCGCB) received your claim on January 31, 2008.

Your claim is being accepted only to the extent it asserts allegations that arise from facts or events that occurred during the six months prior to the date it was presented.

Based on its review of your claim, Board staff believes that the court system is the appropriate means for resolution of these claims, because the issues presented are complex and outside the scope of analysis and interpretation typically undertaken by the Board. The claim has been placed on the consent agenda.  The VCGCB will act on your claim at the April 17, 2008 hearing. You do not need to appear at this hearing.  The VCGCB's rejection of your claim will allow you to initiate litigation should you wish to pursue this matter further.

If you have questions about this matter, please mention letter reference 99 and claim number G573013 when you call or write your claim technician/analyst at (800) 955-0045.

Sincerely,

Government Claims Program
Victim Compensation and Government Claims Board

cc:  B-23 Corrections and Rehabilitation, Attn: Donna Corbin

Ltr 99 Complex Issue Reject

A. Washington F-40176
1600 California, Drive
Vacaville CA, 95696
T-247

CA MEDICAL FACILITY
FIRST CLASS

UNITED STATES POSTAGE
$ 00.42°
AUG 05 2008
MAILED FROM ZIPCODE 95687

Attn To Clerk
Federal Northren District
Superior Court of California
450 Golden Gate Ave
San Francisco, CA, 94102

LEGAL MAIL

c/o Crawford 8/2/08

CA MEDICAL FACILITY

FIRST CLASS





02 1M
0004225987
MAILED FROM ZIP CODE 95687
UNITED STATES POSTAGE
$ 00.00⁰
AUG 01 2008
PITNEY BOWES