Aaron Washington -F-40176
California, Medical, Facility.
Post Office Box 2000.
Vacaville, California, 95696-2000.

FILED
08 AUG 25 PM 2:14
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In Propria-Persona.

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN THE COUNTY OF San Francisco

In The Matter Of The Application Of: Civil Rights Discrimination /

Case No. CV-08-2315-MMC- PR

MOTION FOR APPOINTMENT OF COUNSEL.

TO: THE HONORABLE JUDGE PRESIDING IN THE ABOVE-ENTITLED CAUSE OF ACTION

I, Aaron Washington the undersigned movant, a layman at law, moves this honorable court for an ORDER appointing a certified attorney at law, a member of the California Bar Association, to represent movant in the present cause of action now pending before this court, because movant cannot afford to employ the services of an attorney in the foregoing matter.

This Motion is based upon movant-prisoners affidavit in support of his motion for leave to proceed in forma pauperis and for the foregoing matter.

I, declare under the penalty of perjury that the foregoing is true and correct.

Dated: This August 17, 2008 at the California, Medical, Facility, in Vacaville, California, 95696-2000.

Aaron Washington

Petitioner In Pro-Per.

"MEMORANDUM OF POINTS AND AUTHORITIES" IN SUPPORT OF THE MOTION FOR APPOINMENT OF COUNSEL".

Legal authority for appointment and compensation of counsel is Article 1, Section 15 of the California Constitution; The Sixth Amendment to the United States Constitution, 28 U.S.C., Section 3006 (g), as interpreted in McClain V. Manson, 343 F. Supp. 382 (D. Conn. 1972); Payne V. Superior Court, (1975) 17 Cal 3rd 908; Salas V. Cortez,(1979) 24 Cal 3rd 22; Price V. Johnston, 161 F.2nd 705; Yarbrough V. Superior Court (1985) 39 Cal 3rd 197, and California Government Code Section 27706; California Penal Code Section 987.3 through 987.6, which expressly grants a right to counsel and equal protection to indigent imprisoned inmates upon request. Right to counsel for indigent imprisoned inmates upon request, and indigent parents; In Re Christina H., (1986) 182 C.A. 3rd 47, 227 C.R. 41; In Re Rodrigues., (1973) 34 C.A. 510, 110 C.R. 56.

> "As a matter of due process and equal protection under both Federal and California Constitution a prisoner who as a defendant or plaintiff in a a'bonafied legal action threatening his interest, is exposed to judicially sanctioned deprivations and is entitled to the courts in order to have a meaningful oppertunity to be heard, and to have assistance of competant counsel" Payne V. Superior Court., supra.

Counsel should be appointed because the issues in this case are particularly complex, see Dillion V. Unitied States, (9th Cir. 1962) 307 F.2nd 445; Hawkins V. bennet, (8th Cir. 1970) 423 F.2nd 948.

Counsel should also be appointed because petitioner is uneducated in legal procedures, and is unable to proceed alone, Kreiling V. Field, (9th Cir. 1970 431 F.2d 638.

Based on the foregoing, it is respectfully requested that this

Honorable court appoint counsel to represent the petitioner in the now pending action before this court. The above request is made in the interest of justice.

I, declare under the penalty of perjury under the laws of this state of California, that the foregoing is true and correct.

Executed on this August 17, 2008 at the California Medical, Facility., P.O. Box 2000., 95696-2000.

Dated: 8-17-08

Petitioner In Pro-Per.

/ / / .

/ / / .

/ / / .

/ / / .

/ / / .

982.1(1)

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):
Aaron Washington . F-40176
1600 California Drive T-247
Vacaville CA, 95696

TELEPHONE NO: FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

E-filing

FOR COURT USE ONLY

ORIGINAL FILED
08 MAY -5 PM 3:28
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NAME OF COURT: Federal Northren District
STREET ADDRESS: 450 Golden Gate Ave
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco CA 94102
BRANCH NAME: Federal Northern District

PLAINTIFF: Aaron Washington - F-40176

DEFENDANT: Victim compensation. Govt. Claims Board

☐ DOES 1 TO ______

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ AMENDED (Number):
Type (check all that apply):
☐ MOTOR VEHICLE ☑ OTHER (specify): Discrimination
☐ Property Damage ☐ Wrongful Death
☑ Personal Injury ☑ Other Damages (specify): Hate Crime

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
Amount demanded ☐ does not exceed $10,000
☐ exceeds $10,000, but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
☐ from limited to unlimited
☑ from unlimited to limited

CASE NUMBER: CV 08 2315 MMC (PR)

1. PLAINTIFF (name): Aaron Washington - F-40176
alleges causes of action against DEFENDANT (name): V. C. G. C. B.
2. This pleading, including attachments and exhibits, consists of the following number of pages: ______
3. Each plaintiff named above is a competent adult
a. ☐ except plaintiff (name): Aaron Washington
(1) ☐ a corporation qualified to do business in California
(2) ☐ an unincorporated entity (describe):
(3) ☐ a public entity (describe):
(4) ☐ a minor ☒ an adult
(a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
(b) ☐ other (specify):
(5) ☐ other (specify):

b. ☐ except plaintiff (name):
(1) ☐ a corporation qualified to do business in California
(2) ☐ an unincorporated entity (describe):
(3) ☐ a public entity (describe):
(4) ☐ a minor ☐ an adult
(a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
(b) ☐ other (specify):
(5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Complaint—Attachment 3.

Form Approved for Optional Use
Judicial Council of California
982.1(1) [Rev. July 1, 2002]

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

THOMSON WEST

Code of Civil Procedure, § 425.12

A. Washington E-40176
P.O. Box 2000
Vacaville CA 95696
DT-247

LEGAL MAIL

CA MEDICAL FACILITY

FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
02 1M $ 00.42⁰
0004225987 AUG 21 2008
MAILED FROM ZIP CODE 95687

Clerk Office of
Federal Northern District
450 Golden Gate Ave
San Francisco, CA, 94102

94102$3432 C004



c/o Crawford 8/16/08

CA MEDICAL FACILITY

FIRST CLASS
UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004225987
$ 00.00⁰
AUG 01 2008
MAILED FROM ZIP CODE 95687