1  Mr. Waymon M. Berry, III, C-22935
   **SALINAS VALLEY STATE PRISON**
2  Post Office Box 1050, D9-193-L
   Soledad, California   93960-1050
3

4  **Plaintiff In Propria Persona**

5             UNITED STATES DISTRICT COURT

6             NORTHERN DISTRICT OF CALIFORNIA

7  WAYMON MICKIANGELO BERRY, III,          CASE NO.   C 06-03795 MMC [PR]

8         Plaintiff,                       PLAINTIFF'S MOTION TO VOLUNTARILY
                                           DISMISS DEFENDANT A. JOHNSON WITH
9  vs.                                     OUT PREJUDICE

10 MICHAEL S. EVANS, et al.,

11        Defendants.

12 _____/

13      **COMES NOW** Plaintiff WAYMON MICKIANGELO BERRY, III, (Hereinafter

14 "Plaintiff"), a state prisoner proceeding in the above entitled action in

15 propria persona with a 42 U.S.C. § 1983 filed June 16, 2006 charging

16 Defendants', and each of them, with Deliberate Indifference to Plaintiff's

17 serious medical needs and/or cruel and unusual punishment in proscription of

18 the United States Constitution's Eighth Amendment Clause.

19      Plaintiff moves that Defendant A. Johnson be voluntarily dismissed by this

20 Honorable Court without prejudice.  Both Defendants' and Plaintiff has done

21 what must be deemed a comprehensive search for the whereabouts of Defendant

22 Johnson who Defendants' contented is no longer employed with the California

23 Department of Corrections and Rehabilitation and/or Salinas Valley State

24 Prison, and left no forwarding address, thus assumable, having abandoned 8 or

25 so years of state retirement and medical compensations.  Plaintiff shall

26 continue to search for Defendant Johnson and Wong, and upon such discoveries

27 would highly move to prosecute these Defendants' as a matter of law.

28 //

                                    1.

1 | DATED: August 17, 2008

Respectfully Submitted,

WAYMON MICKIANGELO BERRY, III,
Plaintiff In Propria Persona

3 | //
4 | //
5 | //
6 | //
7 | //
8 | //
9 | //
10 | //
11 | //
12 | //
13 | //
14 | //
15 | //
16 | //
17 | //
18 | //
19 | //
20 | //
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 |

2.

## VERIFICATION

I, WAYMON MICKIANGELO BERRY, III, hereby declare that the foregoing information is true and correct to the very best of my personal information and beliefs, and as to said beliefs, I believe them to be true; thereby, submit said information for review by this Honorable Court under penalty of perjury subject to the laws of the United States. I further declare that I am competent to testify as to the foregoing information should this Honorable Court prescribe such.

DATED: August 17, 2008

Respectfully Submitted,

WAYMON MICKIANGELO BERRY, III,
Plaintiff In Propria Persona

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

3.

8/18/08

Dear Clerk —

Please forgive document's unbound as I am in segregation and can't staple or sew them together. But I have separated each copy between yellow pages.

I appreciate you very much!

Respectfully Submitted,

Draymon M. Perry, II
Plaintiff In Propria Persona
— State Prisoner —

ymon M. Perry, III, C-22935
Valley State Prison
(1050), D9-193-L ASU
California 93960-1050





identical
C

Clerk of the Court
United States District Court
Northern District of California
450 Golden State Avenue
San Francisco, California
94102

/18/08

8-18-08