IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AARON WASHINGTON,

                   No. CV-08-2315 MMC (PR)

       Plaintiff,

  v.                        **JUDGMENT IN A CIVIL CASE**

V.C.G.C.B., et al.,

       Defendants.

_____/

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED** the instant action is hereby DISMISSED without prejudice.

Dated: December 12, 2008               Richard W. Wieking, Clerk

                                   *Tracy Lucero*

                             By: Tracy Lucero
                             Deputy Clerk